1 | Nancy G. Ross (*Pro Hac Vice to be filed*)
NRoss@mayerbrown.com
2 | Brian D. Netter (*Pro Hac Vice to be filed*)
BNetter@mayerbrown.com
3 | Laura Hammargren (*Pro Hac Vice to be filed)*
LHammargren@mayerbrown.com
4 | MAYER BROWN LLP
71 South Wacker Drive
5 | Chicago, IL 60606
Telephone:  312.782.0600
6 | Facsimile:   312.701.7711

7 | Dale J. Giali (SBN 150382)
DGiali@mayerbrown.com
8 | MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
9 | Los Angeles, CA 90071
Telephone:  213.229.9500
10 | Facsimile:   213.625.0248

11 | *Attorneys for Defendants*

12

13 |                        UNITED STATES DISTRICT COURT

14 |                       CENTRAL DISTRICT OF CALIFORNIA

15

16 | CLIFTON W. MARSHALL,                      Case No. 16-CV-6794 AB (Jcx)

17 | THOMAS W. HALL,                           **PROOF OF SERVICE**
MARIA E. MIDKIFF,
18 | MANUEL A. GONZALEZ,                       Hon. André Birotte Jr.

19 | RICKY L. HENDRICKSON,                     [Ex Parte Application, Declaration of
PHILLIP B. BROOKS,                        Nancy G. Ross and [Proposed] Order
20 | AND HAROLD HYLTON,                        Filed Concurrently]
individually and as representatives of a
21 | class of similarly situated persons on
22 | behalf of the Northrop Grumman
Savings Plan,
23

24 |                    Plaintiffs,

25 |        v.

26 | NORTHROP GRUMMAN
CORPORATION, et al.
27
                    Defendants.
28

Proof of Service                                          CASE NO. 16-CV-6794 AB (JCX)

AMECURRENT 721903563.1 04-Oct-16 17:45

**PROOF OF SERVICE**

I, Laura Hammargren, declare:

I am a citizen of the United States and employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 71 South Wacker Drive, Chicago, IL  60606.

On October 4, 2016, I served a copy of the following document(s):

**DEFENDANTS' EX PARTE APPLICATION TO EXTEND THE DEADLINE TO RESPOND TO INITIAL COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF NANCY G. ROSS IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO EXTEND THE DEADLINE TO RESPOND TO INITIAL COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXTEND THE DEADLINE TO RESPOND TO INITIAL COMPLAINT**

☒　　by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

JEROME J. SCHLICHTER                    *Counsel for Plaintiffs*
jschlichter@uselaws.com
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, MO 63102

WILLIAM A. WHITE                    *Local Counsel for Plaintiffs*
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-314

I declare under penalty of perjury that the above is true and correct.

Executed on October 4, 2016, at Chicago, IL.

_____
Laura Hammargren

Proof of Service                    - 2 -                    CASE NO. 16-CV-6794 AB (JCX)

AMECURRENT 721903563.1 04-Oct-16 17:45