1  JEROME J. SCHLICHTER (SBN 054513)
   jschlichter@uselaws.com
2  MICHAEL A. WOLFF (admitted *pro hac vice*)
   mwolff@uselaws.com
3  SEAN E. SOYARS (admitted *pro hac vice*)
   ssoyars@uselaws.com
4  STEPHEN M. HOEPLINGER (admitted *pro hac vice*)
   shoeplinger@uselaws.com
5  ETHAN D. HATCH (admitted *pro hac vice*)
   ehatch@uselaws.com
6  SCHLICHTER, BOGARD & DENTON LLP
   100 South Fourth Street, Suite 1200
7  St. Louis, MO 63102
   Telephone: (314) 621-6115
8  Facsimile: (314) 621-5934
   *Counsel for Plaintiffs*

9  WILLIAM A. WHITE (SBN 121681)
   wwhite@hillfarrer.com
10 HILL, FARRER & BURRILL LLP
   One California Plaza, 37th Floor
11 300 South Grand Avenue
   Los Angeles, CA 90071-3147
12 Telephone: (213) 620-0460
   Facsimile: (213) 620-4840
13 *Local Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Western Division)**

| | |
|---|---|
| CLIFTON W. MARSHALL, ET AL. | Case No. 16-CV-6794 AB (JCx) |
| *Plaintiffs*, | DECL. OF SEAN E. SOYARS IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |
| v. | |
| NORTHROP GRUMMAN CORPORATION, ET AL. | |
| *Defendants.* | DATE: January 9, 2017<br>TIME: 10:00 a.m.<br>Courtroom 7B – 7th floor<br><br>Hon. André Birotte Jr. |

I, Sean E. Soyars, of lawful age, declare as follows:

1. I am an attorney in the law firm of Schlichter, Bogard & Denton, which represents the Plaintiffs in this case. I am licensed to practice in all Courts of the State of Missouri as well as numerous federal courts. If called as a witness, I could and would competently testify to the facts set forth below as I know them to be true based upon my own personal knowledge or upon my review of the records and files maintained by the firm in the regular course of its representation of Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Forms 5500 regarding the Northrop Grumman Savings Plan, for each year from 2009 through 2015. These documents were obtained from the website of the United States Department of Labor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2016.

/s/ Sean E. Soyars
Sean E. Soyars

Decl. of Sean E. Soyars -2- CASE NO. 16-CV-6794 AB (JCX)