| | |
|---|---|
| 1 | Nancy G. Ross |
| | *nross@mayerbrown.com* |
| 2 | Brian D. Netter |
| | *bnetter@mayerbrown.com* |
| 3 | Laura Hammargren |
| | *lhammargren@mayerbrown.com* |
| 4 | Samuel P. Myler |
| | *smyler@mayerbrown.com* |
| 5 | MAYER BROWN LLP |
| | 71 South Wacker Drive |
| 6 | Chicago, IL 60606 |
| | Telephone:   312.782.0600 |
| 7 | Facsimile:    312.701.7711 |
| 8 | Dale J. Giali (SBN 150382) |
| | *dgiali@mayerbrown.com* |
| 9 | MAYER BROWN LLP |
| | 350 South Grand Avenue, 25th Floor |
| 10 | Los Angeles, CA 90071 |
| | Telephone:   213.229.9500 |
| 11 | Facsimile:    213.625.0248 |
| 12 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., | Case No. 16-CV-6794 AB (JCx) |
| Plaintiffs, | **DECLARATION IN SUPPORT OF DEFENDANTS' APPLICATION FOR *EX PARTE* RELIEF** |
| v. | |
| NORTHROP GRUMMAN CORPORATION, et al. | Judge:  Hon. André Birotte Jr. |
| Defendants. | COURTROOM: 7B |

I, Samuel P. Myler, hereby declare as follows:

1. I am an attorney at the law firm of Mayer Brown LLP and represent Defendants in the above-captioned litigation. I submit this declaration in support of Defendants' Ex Parte Application to Continue the Hearing on Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated herein and could competently testify thereto if called as a witness.

2. On December 12, 2016, I contacted counsel for Plaintiffs, Michael Wolff, to provide notice that Defendants intended to file this ex parte application and to explain the grounds for the application.

3. Plaintiffs' counsel has informed me that Plaintiffs object to Defendants' application and the relief sought.

4. This is Defendants' first application for a continuance of the hearing on Plaintiffs' Motion for Class Certification. Defendants previously filed an ex parte application to extend the deadline to respond to Plaintiffs' complaint. (Dkt. #12.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2016

By: */s/ Samuel P. Myler*
Samuel P. Myler
*Attorney for Defendants*

1
DECLARATION IN SUPPORT OF EX PARTE APPLICATION
Case No. 16-CV-6794 AB (JCx)
722534093