Nancy G. Ross
*nross@mayerbrown.com*
Brian D. Netter
*bnetter@mayerbrown.com*
Laura Hammargren
*lhammargren@mayerbrown.com*
Samuel P. Myler
*smyler@mayerbrown.com*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:   312.782.0600
Facsimile:   312.701.7711

Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone:   213.229.9500
Facsimile:   213.625.0248

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON W. MARSHALL, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.<br><br>            Defendants. | Case No. 16-CV-6794 AB (JCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR *EX PARTE* RELIEF**<br><br>Judge: Hon. André Birotte Jr.<br><br>Courtroom: 7B |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered Defendants' *Ex Parte* Application to Continue Hearing |
| 3 | on Plaintiffs' Motion for Class Certification and finding good cause therefore, |
| 4 | IT IS HEREBY ORDERED that the *Ex Parte* Application is GRANTED. |
| 5 | The hearing on Plaintiffs' motion for class certification will be continued, if |
| 6 | necessary, to a date approximately 90 days from the date the Court rules on |
| 7 | Defendants' motion to dismiss. Defendants' opposition to Plaintiffs' motion shall |
| 8 | be filed no fewer than 14 days prior to the hearing and Plaintiffs' reply in support |
| 9 | of their motion shall be filed no fewer than 7 days prior to the hearing. |

Dated:_____

_____

Hon. André Birotte Jr.