1 Nancy G. Ross (*Pro Hac Vice*)
nross@mayerbrown.com
2 Brian D. Netter (*Pro Hac Vice*)
bnetter@mayerbrown.com
3 Laura Hammargren (*Pro Hac Vice*)
lhammargren@mayerbrown.com
4 Samuel P. Myler (*Pro Hac Vice*)
smyler@mayerbrown.com
5 MAYER BROWN LLP
71 South Wacker Drive
6 Chicago, IL 60606
Telephone: 312.782.0600
7 Facsimile: 312.701.7711

8 Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
9 MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
10 Los Angeles, CA 90071
Telephone: 213.229.9500
11 Facsimile: 213.625.0248

12 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, et al. <br><br> Defendants. | Case No. 16-CV-6794 AB (JCx) <br><br> **PROOF OF SERVICE AND DECLARATION OF COMPLIANCE WITH COURT'S STANDING ORDER** <br><br> Hon. André Birotte Jr. |

I, Samuel P. Myler, hereby declare as follows:

1. I am a lawyer at the law firm of Mayer Brown LLP. I am counsel for Defendants Northrop Grumman Corporation, Northrop Grumman Administrative Committee, Northrop Grumman Investment Committee, Denise Peppard, Ian Ziskin, Michael Hardesty, Kenneth Bedingfield, Kenneth Heintz, Talha Zobair, Prabu Natarajan, Daniel Hickey, Stephen Movius, Mark Caylor, Mark Rabinowitz, and Silva Thomas ("Defendants") in the above-captioned litigation.

2. On December 20, 2016, Defendants filed an Ex Parte Application to Compel Discovery, or in the Alternative, Continue the Hearing on Plaintiffs' Motion for Class Certification. (Dkt. #58.)

3. Immediately after filing the above application, I emailed opposing counsel "as-filed" copies of the application, my declaration in support, and the proposed order. In accordance with this Court's standing order, I explained that any opposition to Defendants' application must be filed within 24 hours or one court day.

4. This email was sent to Michael Wolff, Sean Soyars, Stephen Hoeplinger, and Jerry Schlichter at the email addresses on file with the Court in this case. A true and correct copy of the email I sent is attached hereto as Exhibit A.

5. Additionally, after filing the application, I received a Notice of Electronic Filing from the Court indicating that notice was sent to all attorneys of record in this case, including Plaintiffs' counsel. A copy of this notice is attached hereto as Exhibit B.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of December, 2016 in Chicago, Illinois.

                     /s/ *Samuel P. Myler*
                     Samuel P. Myler