JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
STEPHEN M. HOEPLINGER (admitted *pro hac vice*)
shoeplinger@uselaws.com
KURT S. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-5934
*Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile:  (213) 620-4840
*Local Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## (Western Division)

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., | Case No. 16-CV-6794 AB (JCx) |
| *Plaintiffs*, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND CASE SCHEDULE** |
| v. | |
| NORTHROP GRUMMAN CORPORATION, et al., | DATE:      August 14, 2017<br>TIME:      10:00 A.M.<br>            Courtroom 7B |
| *Defendants*. | Hon. André Birotte Jr.<br><br>Discovery Cut-off Date: Aug. 1, 2018<br>Pretrial Conference Date: Nov. 19, 2018<br>Trial Date: Dec. 11, 2018 |

**NOTICE OF MOTION AND MOTION TO AMEND CASE SCHEDULE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 14, 2017, at 10:00 a.m. in the 1st Street Courthouse, Courtroom 7B of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs will move, and hereby do move, under Federal Rule of Civil Procedure 16(b)(4) to amend the case schedule this Court entered on March 17, 2017 (Doc. 79). Under the current case schedule, the deadline to add parties and amend pleadings is July 10, 2017. *Id.* at 2. Because of Defendants' failure to produce any documents in this case, despite Plaintiffs' formal and informal requests, including an April 11, 2017 request for production, Plaintiffs cannot determine fully all parties and claims to include in an amended complaing by the current deadline. Plaintiffs therefore seek to amend the deadline to add parties and amend pleadings to 60 days after Defendants complete their production. Fed.R.Civ.P. 16(b)(4); *Silva v. City & County of Honalulu*, No. 15-436, 2017 U.S.Dist.LEXIS 36197, *12–13 (D.Haw. Mar. 14, 2017)(citing *Neighborhood Assistance Corp. of Am. v. First One Lending Corp.*, No. 12-463-DOC(MLGx), 2013 U.S.Dist.LEXIS 1110, *3–4 (C.D.Cal. Jan. 3, 2013)); *C.F. v. Capistrano Unified Sch. Dist.*, 654 F.3d 975, 984 (9th Cir. 2011)(quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992)); *Goodman v. L.A. Police Dep't*, No. 13-5959-GAF(MANx), 2014 U.S.Dist.LEXIS 195535, *5 (C.D.Cal. Oct. 31, 2014); *Roy v. County of L.A.*, No. 12-9012-BRO(FFMx), 2015 U.S.Dist.LEXIS 187069, *13–14 (C.D.Cal. Sept. 17, 2015). The evidence upon which this set forth in the Declaration of Stephen Hoeplinger and attached exhibits, filed herewith.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 22, 2017, and also in emails exchanged between June 23 and July 3.

1   Dated: July 10, 2017                    Respectfully submitted,

2                                           By: /s/ Stephen M. Hoeplinger

3                                           Stephen M. Hoeplinger, *admitted p.h.v.*
                                            SCHLICHTER, BOGARD & DENTON LLP
4                                           *Lead Counsel for Plaintiffs*

5
                                            WILLIAM A. WHITE (SBN 121681)
6                                           HILL, FARRER & BURRILL LLP
7                                           *Local Counsel for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28