| | |
|---|---|
| 1 | JEROME J. SCHLICHTER (SBN 054513) |
| | jschlichter@uselaws.com |
| 2 | MICHAEL A. WOLFF (admitted *pro hac vice*) |
| | mwolff@uselaws.com |
| 3 | STEPHEN M. HOEPLINGER (admitted *pro hac vice*) |
| | shoeplinger@uselaws.com |
| 4 | KURT S. STRUCKHOFF (admitted *pro hac vice*) |
| | kstruckhoff@uselaws.com |
| 5 | SCHLICHTER, BOGARD & DENTON LLP |
| | 100 South Fourth Street, Suite 1200 |
| 6 | St. Louis, MO 63102 |
| | Telephone: (314) 621-6115 |
| 7 | Facsimile: (314) 621-5934 |
| | *Lead Counsel for Plaintiffs* |
| 8 | |
| | WILLIAM A. WHITE (SBN 121681) |
| 9 | wwhite@hillfarrer.com |
| | HILL, FARRER & BURRILL LLP |
| 10 | One California Plaza, 37th Floor |
| | 300 South Grand Avenue |
| 11 | Los Angeles, CA 90071-3147 |
| | Telephone: (213) 620-0460 |
| 12 | Facsimile: (213) 620-4840 |
| | *Local Counsel for Plaintiffs* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Western Division)**

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., | Case No. 16-CV-6794 AB (JCx) |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE** |
| v. | |
| NORTHROP GRUMMAN CORPORATION, et al., | |
| *Defendants*. | DATE: August 18, 2017 |
| | TIME: 10:00 A.M. |
| | Courtroom 7B |
| | |
| | Hon. André Birotte Jr. |
| | |
| | Discovery Cut-off Date: Aug. 1, 2018 |
| | Pretrial Conference Date: Nov. 19, 2018 |
| | Trial Date: Dec. 11, 2018 |

1  Having considered the Parties' Joint Stipulation Re: Plaintiffs' Motion to
2  Amend Case Schedule, the Court hereby GRANTS the Joint Stipulation and re-sets
3  the following deadline:
4      Last Day to Add Parties/Amend Pleadings is November 17, 2017
5  Accordingly, the Court cancels the hearing set for August 18, 2017 regarding
6  Plaintiffs' Motion to Amend Case Schedule (Doc. 90).

    Dated:_____

                                                   Hon. André Birotte Jr.