Nancy G. Ross
*nross@mayerbrown.com*
Brian D. Netter
*bnetter@mayerbrown.com*
Laura Hammargren
*lhammargren@mayerbrown.com*
Samuel P. Myler
*smyler@mayerbrown.com*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:  312.782.0600
Facsimile:   312.701.7711

Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone:  213.229.9500
Facsimile:   213.625.0248

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON W. MARSHALL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.<br><br>Defendants. | Case No. 16-CV-6794 AB (JCx)<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Filed concurrently with: Declaration of Samuel P. Myler in Support of Application For Leave to File Under Seal; Document Proposed to be Filed Under Seal; and [Proposed] Order re Application for Leave to File Under Seal] |

Pursuant to Local Rule 79-5, Defendants hereby apply for leave of Court to file **Exhibit J** to the August 25, 2017 Declaration of Samuel P. Myler, filed in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, under seal.   **Exhibit J** includes two account statements from the Northrop Grumman Savings Plan for one of the individually named plaintiffs in this action and is marked "CONFIDENTIAL."  This document reflects financial holdings and investments information for a specific individual, which is sensitive and private personal information.   Further, Plaintiffs have designated this information as "Confidential" pursuant to the Protective Order entered by the Court (Dkt. 108), which demonstrates their good faith belief that this information should be protected from disclosure.

Counsel for the Plaintiffs were informed of Defendants' intent to seek leave to file **Exhibit J** under seal.  *See* Declaration of Samuel P. Myler in Support of Application for Leave to File Under Seal, filed concurrently here with at ¶ 5. Plaintiffs do not oppose Defendants' application.

Defendants respectfully request that the Court grant the application to file **Exhibit J** under seal.

Dated:  August 25, 2017                  MAYER BROWN LLP
                                         Nancy G. Ross
                                         Brian D. Netter
                                         Laura Hammargren
                                         Samuel P. Myler
                                         Dale J. Giali


                                         By: */s/ Samuel P. Myler*
                                                 Samuel P. Myler

                                         *Attorneys for Defendants*

1