1  Nancy G. Ross (*Pro Hac Vice to be filed*)
   NRoss@mayerbrown.com
2  Brian D. Netter (*Pro Hac Vice to be filed*)
   BNetter@mayerbrown.com
3  Laura Hammargren (*Pro Hac Vice to be filed)*
   LHammargren@mayerbrown.com
4  MAYER BROWN LLP
   71 South Wacker Drive
5  Chicago, IL 60606
   Telephone:  312.782.0600
6  Facsimile:  312.701.7711

7  Dale J. Giali (SBN 150382)
   DGiali@mayerbrown.com
8  MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
9  Los Angeles, CA 90071
   Telephone:  213.229.9500
10 Facsimile:  213.625.0248

11 *Attorneys for Defendants*

13           UNITED STATES DISTRICT COURT
14           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON W. MARSHALL,<br>THOMAS W. HALL,<br>MARIA E. MIDKIFF,<br>MANUEL A. GONZALEZ,<br>RICKY L. HENDRICKSON,<br>PHILLIP B. BROOKS,<br>AND HAROLD HYLTON,<br>individually and as representatives of a class of similarly situated persons on behalf of the Northrop Grumman Savings Plan,<br><br>            Plaintiffs,<br><br>     v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.<br><br>            Defendants. | Case No. 16-CV-6794 AB (Jcx)<br><br>**PROOF OF SERVICE**<br><br>Hon. André Birotte Jr.<br><br>[Declaration of Samuel P. Myler in Support of Application For Leave to File Under Seal; Document Proposed to be Filed Under Seal] |

Proof of Service                                   CASE NO. 16-CV-6794 AB (JCX)

AMECURRENT 725213200.1 28-Aug-17 11:29

# **PROOF OF SERVICE**

I, Samuel Myler, declare:

I am a citizen of the United States and employed in Cook County, Illinois. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 71 South Wacker Drive, Chicago, IL 60606.

On August 28, 2017, I served a copy of the following document(s):

**Declaration of Samuel P. Myler in Support of Application For Leave to File Under Seal; Document Proposed to be Filed Under Seal (Exhibit J).**

The above documents were filed with the court *ex parte* in connection with Defendants' application to seal. (Dkt. Nos. 116-117).

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| JEROME J. SCHLICHTER<br>jschlichter@uselaws.com<br>SCHLICHTER, BOGARD & DENTON<br>100 South Fourth Street, Suite 900<br>St. Louis, MO 63102 | *Counsel for Plaintiffs* |
| WILLIAM A. WHITE<br>wwhite@hillfarrer.com<br>HILL, FARRER & BURRILL LLP<br>One California Plaza, 37th Floor<br>300 South Grand Avenue<br>Los Angeles, CA 90071-314 | *Local Counsel for Plaintiffs* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 28, 2017, at Chicago, IL.

By: /s/ Samuel P. Myler