| | |
|---|---|
| 1 | Nancy G. Ross |
| |   *nross@mayerbrown.com* |
| 2 | Brian D. Netter |
| |   *bnetter@mayerbrown.com* |
| 3 | Laura Hammargren |
| |   *lhammargren@mayerbrown.com* |
| 4 | Samuel P. Myler |
| |   *smyler@mayerbrown.com* |
| 5 | MAYER BROWN LLP |
| | 71 South Wacker Drive |
| 6 | Chicago, IL 60606 |
| | Telephone: 312.782.0600 |
| 7 | Facsimile: 312.701.7711 |
| 8 | Eric A. Westlund (SBN 293403) |
| |   *ewestlund@mayerbrown.com* |
| 9 | MAYER BROWN LLP |
| | 350 South Grand Avenue, 25th Floor |
| 10 | Los Angeles, CA 90071 |
| | Telephone: 213.229.9500 |
| 11 | Facsimile: 213.625.0248 |
| 12 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., | Case No. 16-CV-6794 AB (JCx) |
| Plaintiffs, | **DECLARATION OF ERIC A. WESTLUND IN SUPPORT OF NORTHROP GRUMMAN CORPORATION AND INDIVIDUAL DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| v. | |
| NORTHROP GRUMMAN CORPORATION, et al. | |
| Defendants. | |
| | Date: February 16, 2018 |
| | Time: 10:00 a.m. |
| | Judge: Hon. André Birotte Jr. |

I, Eric A. Westlund, hereby declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am an associate with the law firm of Mayer Brown LLP, counsel for Defendants in the above-captioned matter.

2. I make this declaration on my own personal knowledge and, if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Plan document "Northrop Grumman Savings Plan – August 1, 2010 Restatement."

4. Attached hereto as Exhibit 2 is a true and correct copy of the Plan document "Northrop Grumman Savings Plan – October 1, 2013 Restatement."

5. Attached hereto as Exhibit 3 is a true and correct copy of the court reporter's transcript of proceedings from the October 27, 2017, hearing on Plaintiffs' motion for class certification.

I declare under penalty of perjury under the law of the State of California and the United States that the foregoing is true and correct.

Executed this 15th day of December, 2017, in Los Angeles, California.

*/s/ Eric A. Westlund*
Eric A. Westlund

1
DECLARATION OF ERIC A. WESTLUND ISO DEFENDANTS' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT
Case No. 16-CV-6794 AB (JCx)