# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (Western Division)

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., *Plaintiffs*, v. NORTHROP GRUMMAN CORPORATION, et al., *Defendants*. | Case No. 16-CV-6794 AB (JCx) **ORDER GRANTING JOINT MOTION TO AMEND CASE SCHEDULE** Hon. André Birotte Jr. Courtroom 7B |

For good cause shown, the Court hereby amends the deadlines in the chart in Section I of its March 17, 2017 Order Re Jury Trial (Doc. 79 at 2), and the remaining deadlines are as follows:

| | |
|---|---|
| Non-expert Discovery Cut-off | 6/15/2018 |
| Expert Disclosure (Initial) Cut-off | 7/16/2018 |
| Expert Disclosure (Rebuttal) | 8/13/2018 |
| Expert Discovery Cut-off | 9/14/2018 |
| Motion for Summary Judgment | 10/26/2018 |
| Opposition to Summary Judgment | 12/7/2018 |
| Reply in support of Summary Judgment | 1/4/2019 |
| Last Day to Hear Motions | 1/18/2019 |
| Last Day to Conduct ADR | 2/1/2019 |
| File Memoranda of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | 3/22/2019 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict forms, file statement regarding Disputed Instructions and Verdict Forms, and file oppositions to Motions in Limine | 3/29/2019 |
| Final Pretrial Conference | 4/12/2019 at 11:00 a.m. |
| Trial Date | 4/30/2019 at 8:30 a.m. |

Dated: March 16, 2018

Hon. André Birotte Jr.