JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
KURT S. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-5934
*Lead Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile:  (213) 620-4840
*Local Counsel for Plaintiffs*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON W. MARSHALL, et al.,<br><br>                     Plaintiffs,<br><br>    v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.,<br><br>                  Defendants. | Case No. 16-CV-6794 AB (JCx)<br><br>**STIPULATION AMENDING MODIFIED ORDER GOVERNING THE TREATMENT OF CONFIDENTIAL INFORMATION** |

1    The Parties HEREBY STIPULATE AND AGREE, by and through their

2    undersigned counsel, that, pursuant to Paragraph 8 of the Modified Order Governing

3    the Treatment of Confidential Information entered by the Court on August 3, 2017

4    (Doc. 108, "Order"), the Court should enter an order amending the Order to include

5    the following provision to immediately follow Paragraph 11 of the Order:

6    12.    CONFIDENTIALITY OF NON-PARTY MATERIALS.

7    The following provisions apply to materials designated "Confidential" by

8    non-party Producing Parties, as defined in footnote 1 of the Order.

9    A.    Depositions:   Notwithstanding anything in this Order, any and all

10   deposition testimony which duplicates, extracts, summarizes, or describes any

11   materials designated Confidential by a non-party Producing Party shall itself

12   automatically, and without the need for further designation or the need to provide a

13   Notice of Designation as described in Paragraph 3(B)(5), be deemed "Confidential"

14   and protected from public disclosure pursuant to this Order.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

STIPULATION AMENDING MODIFIED ORDER GOVERNING THE
TREATMENT OF CONFIDENTIAL INFORMATION
Case No. 16-CV-6794 AB (JCx)

2663469.1

1          **B.**    <u>Challenges to "Confidential" Designation</u>:  Challenges to a non-party

2  Producing Party's designation of Confidential materials shall be governed by

3  Paragraph 7 of this Order.

4

5  Respectfully submitted,          By:  /s/ Jerome J. Schlichter
                              Jerome J. Schlichter (*pro hac vice*)

6                                SCHLICHTER, BOGARD & DENTON
                              *Lead Counsel for Plaintiffs*

7                                William A. White (SBN 121681)
                              HILL, FARRER & BURRILL LLP

8                                *Local Counsel for Plaintiffs*

9                                By: /s/  Brian D. Netter

10                               Nancy G. Ross (*Pro Hac Vice*)
                              NRoss@mayerbrown.com

11                               Brian D. Netter (*Pro Hac Vice*)
                              BNetter@mayerbrown.com

12                               Laura Hammargren (*Pro Hac Vice*)
                              LHammargren@mayerbrown.com

13                               Samuel P. Myler
                              smyler@mayerbrown.com

14                               MAYER BROWN LLP
                              71 South Wacker Drive

15                               Chicago, IL 60606
                              Telephone: 312.782.0600

16                               Facsimile:   312.701.7711

17                               Dale J. Giali (SBN 150382)
                              DGiali@mayerbrown.com

18                               MAYER BROWN LLP
                              350 South Grand Avenue, 25th Floor

19                               Los Angeles, CA 90071
                              Telephone:   213.229.9500

20                               Facsimile:   213.625.0248

21                               *Attorneys for Defendants*

22

23 IT IS SO ORDERED.

24

25 Dated:  May 7, 2018                       /s/ Jacqueline Chooljian
                              Hon. Jacqueline Chooljian

26                               U.S. MAGISTRATE JUDGE

27

28

STIPULATION AMENDING MODIFIED ORDER GOVERNING THE
TREATMENT OF CONFIDENTIAL INFORMATION
Case No. 16-CV-6794 AB (JCx)

2663469.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

Under Civil L.R. 5-4.3.4 regarding signatures, I, Jerome J. Schlichter, attest that concurrence in the filing of this document has been obtained by all of its signatories.

/s/ Jerome J. Schlichter
Jerome J. Schlichter

STIPULATION AMENDING MODIFIED ORDER GOVERNING THE
TREATMENT OF CONFIDENTIAL INFORMATION
Case No. 16-CV-6794 AB (JCx)

2663469.1