# Daubert Motion Ex. B

Page 1

1   UNITED STATES DISTRICT COURT

    CENTRAL DISTRICT OF CALIFORNIA

2   - - - - - - - - - - - - - - - - -x

    CLIFTON W. MARSHALL, et al.,

3

            Plaintiffs,                    Case No. 16-CV-6794

4                                          AB(JCx)

            v.

5

    NORTHRUP GRUMMAN CORPORATION,

6   et al.,

            Defendants.

7   - - - - - - - - - - - - - - - - -x

8

9    VIDEOTAPED DEPOSITION OF STEVE POMERANTZ, Ph.D.

10

11              New York, New York

12           Monday, October 29, 2018

13

14

15

16

17

18

19

20

21

22   Reported by:

23   JEFFREY BENZ, CRR, RMR

24   JOB NO. 150159

25

Page 2

```
 1
 2
 3
 4                          October 29, 2018
 5                          9:04 a.m.
 6
 7
 8        Videotape Deposition of STEVE POMERANTZ,
 9   Ph.D., held at the offices of Mayer Brown LLP,
10   1221 Avenue of the Americas, New York, New York,
11   before Jeffrey Benz, a Certified Realtime
12   Reporter, Registered Merit Reporter and Notary
13   Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1    A P P E A R A N C E S:

2

3         SCHLICHTER BOGARD & DENTON

4         Attorneys for Plaintiffs

5              100 South Fourth Street

6              St. Louis, Missouri  63102

7         BY:   KURT STRUCKHOFF, ESQ.

8

9         MAYER BROWN

10        Attorneys for Defendants

11             71 South Wacker Driver

12             Chicago, Illinois  60606

13        BY:   BRIAN NETTER, ESQ.

14             SAMUEL BLOCK, ESQ.

15

16

17

18

19

20

21

22

23   ALSO PRESENT:

24        LEM LATTIMER, Videographer

25

1       Q.   Have you taken any classes on the
2   finance of emerging markets?
3       A.   No.
4       Q.   Have you written any articles on
5   emerging markets?
6       A.   Not -- not directly.
7       Q.   What do you mean when you say not
8   directly?
9       A.   I have written several articles about
10  investment-related issues that would pertain to
11  any mutual fund, or self-managed account or
12  commingled trust.  The -- the issues that I've
13  talked about would apply, in general, to any
14  type of asset class, whether it be emerging
15  markets or equity or fixed income.
16          None of -- none of the research is
17  specifically targeted to emerging markets, but
18  addresses issues that apply and are common to
19  all capital markets.
20      Q.   To make sure I understand, you've
21  never studied emerging markets as a specific
22  asset class, right?
23      A.   I don't know what you mean by "study."
24      Q.   Have you ever written an article on
25  emerging markets as a specific asset class?

1      A.    No.   But I have managed portfolios,

2   and I have performed research to support

3   portfolios that invested in emerging markets

4   assets.

5      Q.    And when was the most recent time when

6   you performed research to support portfolios

7   invested in emerging markets assets?

8      A.    I worked as an RIA as -- most recently

9   probably 2002 or -3.   And then for several years

10  after that.   I have performed research on a

11  variety of different investments that invested

12  in the emerging markets.

13     Q.    And when you say you've performed

14  research, what do you mean by that?

15     A.    Primarily due diligence on --

16  performing due diligence on managers who are

17  invested in, amongst other things, emerging

18  markets, being involved in the performance

19  attribution, analysis of managers who invested

20  in, amongst other things, emerging markets.

21     Q.    And when you are doing this due

22  diligence, who are your clients?

23     A.    Mainly fund of funds.

24     Q.    And are these funds of funds

25  themselves registered investment companies?

1      Q.    Have you evaluated any passive

2    emerging markets portfolios?

3      A.    No.

4      Q.    Have you ever advised a client that it

5    was imprudent to actively manage an emerging

6    markets fund?

7      A.    No.   To the contrary, we were actually

8    seeking actively managed funds to invest in.

9      Q.    Okay.   When you say "you," who is you

10   in that circumstance?

11     A.    The fund of funds that I was employed

12   by.

13     Q.    Okay.

14          So in your work as consultant, you

15   were tasked with identifying actively managed

16   emerging markets funds, right?

17     A.    Well, I wouldn't say -- I wasn't

18   really the -- responsible for the

19   identification.   I was involved in the due

20   diligence.   Other people were involved in the

21   identification.

22     Q.    And in that due diligence work, was --

23   were you responsible for identifying whether the

24   strategy would outperform a passively managed

25   emerging markets strategy?

1      A.   That was not really a component of my

2   analysis.

3      Q.   Has there been any circumstance in

4   which you have been asked to analyze whether an

5   emerging markets fund should be structured as

6   actively managed or passively managed?

7      A.   No.

8      Q.   Let's briefly go through the various

9   jobs that -- at firms that you've held.  After

10  you earned your Ph.D., you went to work for Bank

11  of America?

12     A.   Yes.

13     Q.   What was your job at Bank of America?

14     A.   I worked for a -- a pretty general

15  research area providing support to many areas of

16  the bank.  My involvement primarily was to the

17  foreign exchange operation and to the bank's

18  internal funding mechanism.

19     Q.   Why would a bank have a foreign

20  exchange operation?

21     A.   That's one of the businesses that

22  banks are in, is to basically make markets in

23  foreign currencies for their customers.  They

24  also engage in proprietary trading of foreign

25  currency markets, and that involves taking

1   was DB, a third of our business was high net

2   worth individuals, and the other third were

3   institutions.

4        Q.    Okay.  Did you have any oversight over

5   any emerging markets funds managed by Weiss,

6   Peck & Greer?

7        A.    Not for the management of those funds

8   but for the risk management.

9        Q.    And what was required to manage the

10  risks of the emerging markets funds?

11       A.    A lot of software.

12       Q.    And what was the software designed to

13  evaluate?

14       A.    The risk of the portfolio, in -- I

15  mean, risk is a multi-dimensional concept.  So

16  this is a matter of identifying the -- the

17  sensitivities of the portfolio, the risks of the

18  portfolio, things that we've talked about here,

19  maybe tracking error, information ratio or just

20  examples of metrics that are being calculated.

21            We also had a -- Weiss, Peck & Greer

22  and -- its owner, Robeco, had a very

23  quantitative approach to investing, which relied

24  heavily on factor models, and so, was involved

25  in the development of those models, as well as I

1    guess addressing the benefits and the risks of

2    those models as well.

3         Q.   Did Weiss, Peck & Greer have any

4    passively managed emerging markets portfolios?

5         A.   I don't recall.

6         Q.   Okay.  So it was not your

7    responsibility at Weiss, Peck & Greer to assess

8    the desirability of an actively managed strategy

9    for emerging markets.

10             MR. STRUCKHOFF:  Objection.  Vague.

11        A.   Well, I know we had actively managed

12   emerging markets funds.  And -- that we issued

13   or offered through Robeco.

14             I -- I don't know what passive

15   offerings they had.  They may, they may not.

16   Just don't know.

17             I was not -- I was -- I would get

18   involved in product development.  Once the

19   marketing area I had identified a need, then I

20   would get involved in, say, the creation of a

21   product, but it wasn't my job to go out and

22   determine if there was need for something.

23        Q.   Okay.  So you wouldn't, at Weiss, Peck

24   & Greer, have developed a standardized

25   methodology for assessing when a product should

1    be offered as actively versus passively managed.

2    Right?

3              MR. STRUCKHOFF:  Objection.  Vague.

4         A.   I -- I wasn't involved in -- in that

5    decision.  I -- I don't -- I could tell you

6    Weiss, Peck & Greer did not offer any passive

7    products.  To the extent that we had clients, or

8    relationships, that wanted a passive investment,

9    we would put money into Vanguard for them so

10   that we could control the overall portfolio that

11   they had.

12             But at Weiss, Peck & Greer we did not

13   put forth any of our efforts or resources toward

14   the creation or maintenance or marketing of a

15   passive portfolio.  But Robeco may have.  I

16   don't know.

17        Q.   Just for the court reporter's benefit,

18   how do you spell Robeco?

19        A.   R-O-B-E-C-O.  And they're domiciled in

20   the Netherlands.

21        Q.   You left Weiss, Peck & Greer in 2000?

22        A.   Yes.

23        Q.   And your work since 2000 has

24   exclusively been consulting, right?

25        A.   Yes.

1     Q.   Have you had any consulting

2  engagements that pertain specifically to

3  emerging markets?

4     A.   I addressed earlier, the due diligence

5  of emerging markets fund managers for fund of

6  funds that I was employed by.

7     Q.   Can you identify any particular fund

8  of funds that you advised on their emerging

9  markets portfolios?

10    A.   The -- the fund of funds I worked for

11 were Gordon Asset Management, Hunt Asset

12 Management, and Galileo Asset Management.

13    Q.   Do you know if those funds are still

14 in existence today?

15    A.   Gordon, no.  Hunt has restructured

16 several times, so it has a different name.  But

17 it still exists.

18         And Galileo still exists.

19    Q.   And do you know if the -- the

20 portfolios that you did due diligence for are

21 still a part of the Galileo fund?

22    A.   I don't know.

23    Q.   Same question for Hunt.

24    A.   I don't know.

25    Q.   Have you had any consulting

1    engagements that pertained to the distinctions

2    between active and passive investment vehicles?

3         A.    I -- I wouldn't -- I wouldn't say that

4    I was hired to do that type of analysis.   There

5    are people that I've worked for whose assets I

6    have directed either into active or passively

7    managed strategies, depending upon what those

8    assets were.

9         Q.    Okay.   Can you give me an example of a

10   client for whom you have determined whether to

11   direct money into actively or passively managed

12   strategies?

13        A.    And insurance company called IFIC.

14        Q.    And what was -- and when were you

15   engaged by IFIC?

16        A.    I would say '06 to '14.

17              Or '15, '06 to '15, in that range.

18        Q.    And what assets were you engaged to

19   assist with?

20        A.    Most of the assets of the insurance

21   company, the -- the surplus portfolio.

22              And I guess the -- the general

23   account.

24        Q.    Were you the only consultant assisting

25   IFIC with the investment of its general account

1    performance.  But I think everybody would agree

2    that performance is something that needs to be

3    examined.

4        Q.   Dr. Pomerantz, have you ever assisted

5    as fiduciary of a 401(k) plan?

6        A.   No.

7        Q.   Have you ever served as fiduciary of

8    any retirement plan?

9        A.   I've worked as an IRA, and in that

10   capacity I believe I was a fiduciary for the

11   plans.  But I was not hired by the plan.

12       Q.   Have you ever been hired to provide

13   advice to fiduciaries of a 401(k) plan?

14       A.   I -- I was an advisor to IFIC's 401(k)

15   plan.

16       Q.   And what was your role as an advisor

17   to IFIC's 401(k) plan?

18       A.   To help make the decision on -- on

19   selecting a menu.

20       Q.   Do you know how many investment

21   options IFIC's 401(k) plan offered?

22       A.   It was not that different than the

23   current -- than the subject plan, in terms of

24   what it looked like.

25       Q.   Did the IFIC plan offer an emerging

1   markets investment option?

2        A.   No.   That would have been achieved

3   through the international option.

4        Q.   So IFIC's plan had an international

5   option that spanned developed and emerging

6   markets?

7        A.   Yes.   That's fairly common.

8        Q.   We've been talking about emerging

9   markets, but we haven't stopped to define what

10  that means.   How would you define emerging

11  markets?

12       A.   Well, I would defer to MSCI, actually,

13  in -- in terms of which countries are considered

14  developed and which countries are considered

15  developing.   By developing we usually mean -- we

16  usually mean BRIC, but I -- I think that there

17  would be some slight differences between

18  different people about what constitutes an

19  emerging market, but I think it's -- it's --

20  generally follows what MSCI uses to allocate

21  countries.

22       Q.   Just to go through some of those

23  acronyms, BRIC is a reference to Brazil,

24  Russian, India and China?

25       A.   Yes.

1      Q.    And MSCI is the Morgan Stanley capital

2    investments?

3      A.    I don't know what it stands for.

4      Q.    Do you agree that is a Morgan

5    Stanley --

6      A.    Yes, yes, certainly.

7      Q.    So I think that you acknowledge that

8    there are some differences between different

9    people about what constitutes an emerging

10   market.  Right?

11     A.    I think -- yeah, I think there will be

12   some modest disagreements.

13     Q.    Are you aware of anybody who

14   disagrees -- anybody in particular who disagrees

15   with MSCI's definition of an emerging market?

16     A.    No.

17     Q.    Do you agree that emerging markets

18   investments constitute an appropriate component

19   of a balanced portfolio?

20          MR. STRUCKHOFF:  Objection.  Compound.

21     A.    I'm sorry.  Do I agree that -- how did

22   you phrase that?

23     Q.    Do you agree that an -- strike that.

24          Do you agree that emerging markets

25   investments constitute an appropriate component

1    of a balanced portfolio?

2            MR. STRUCKHOFF:   Same objection.

3        A.    Not really something that I've thought

4    about.

5            As I said, I think most international

6    portfolios do have an emerging markets component

7    to them.  The Vanguard total international

8    market fund is enormous, is ubiquitous, and it

9    has a significant emerging market exposure.

10   There is significant emerging markets exposure

11   in most international funds.

12       Q.   But you aren't taking the opinion

13   today that Northrup Grumman should not have

14   offered any emerging markets fund; is that

15   right?

16       A.    It's not something I've thought about.

17            I think -- I think Russell offered an

18   opinion that it wasn't a necessary option to

19   offer.  But I'm not -- I have no opinion on it.

20       Q.   Dr. Pomerantz, I think you alluded to

21   this, but is there an index that measures the

22   performance of emerging markets?

23       A.    There are many.

24       Q.   There are many indices.  Why is there

25   more than one?

1    decision to invest in Index A or Index B.

2        Q.   So what I think you're saying is that

3    there may be a judgment call to be made as to

4    whether the MSCI index is desirable or the FTSE

5    index is desirable, right?

6        A.   Yeah, they may have different

7    diversifying characteristics with other things

8    that you're investing in.

9            So I think these are all things that

10   are worth looking at, and then you decide with

11   that information what you do with it.

12       Q.   But you would also agree, wouldn't

13   you, that the Vanguard fund is not designed to

14   track the MSCI index, right?

15       A.   That is not its stated objective.

16           But for example, if you go to

17   Morningstar, you will see the performance of

18   Vanguard is compared to the MSCI.

19       Q.   Dr. Pomerantz, is South Korea an

20   emerging market?

21       A.   I don't know.

22       Q.   Is Taiwan an emerging markets?

23       A.   I don't know.

24           MR. NETTER:   I'm going to ask the

25           court reporter to mark as Exhibit 174 --

1      Q.   The benchmarks for different markets

2   from these four providers differ in terms of

3   their allocations to different countries, right?

4      A.   That is -- yes, that is a component of

5   the difference.

6      Q.   In your rebuttal report, which we

7   marked previously as Exhibit 173.

8      A.   I would also say that -- I personally

9   don't discount the possibility that this is a

10  typo, but I don't know.

11           I'm not vouching for this document.

12     Q.   So you think that what in this exhibit

13  might be a typo?

14     A.   I'm just saying, it -- if I were to

15  have an opinion based on this document, I would

16  verify the 15.18 number for South Korea.

17     Q.   Okay.

18     A.   It just -- it seems to me to be very

19  odd.  There's such a -- such a difference

20  between the two.  We can talk about the document

21  as something that Vanguard published in 2012,

22  but this is not something that I'm agreeing is

23  true or not.

24     Q.   Okay.

25     A.   Until I look into it.

1       Q.   In your experience, it would be

2   surprising if there were such a wide disparity

3   in these benchmarks.

4       A.   Yes.

5       Q.   Now, in your rebuttal report, you have

6   a discussion of tracking error.  Do you recall

7   that?

8       A.   Yes.

9       Q.   What is tracking error?

10      A.   Well, technically, it's defined as the

11  standard deviation of the difference in returns

12  between a fund and its benchmark, measured with

13  some frequency.  And then the value is usually

14  expressed in an annualized term.

15      Q.   What causes tracking error?

16      A.   What causes it?

17           Differences between -- well, two

18  things.  Differences between you and the

19  benchmark.  However you want to measure it.

20  Number 1.

21           And Number 2, the actual effect of the

22  things that you are measuring your difference

23  with respect to.

24      Q.   I don't quite understand Number 2.

25  You said the actual effect of the things that

1    there are a hundred sectors out there, so

2    they're making a conscious decision to offer six

3    out of a hundred.

4            There's a reason why if -- if I take

5    two different index funds that have two

6    different benchmarks and they both are doing a

7    great job of managing themselves to that

8    particular benchmark but those two benchmarks

9    were not the benchmark that Northrup had in mind

10   when it formed its opinion about investing in

11   emerging markets, then these tracking errors are

12   not really the relevant ones, either.

13       Q.   I think we're discussing somewhat

14   different issues from each other.  So my

15   question is whether you can use a tracking error

16   calculation to determine how well an index fund

17   is replicating its underlying index.

18       A.   And the answer is yes.

19       Q.   And for that purpose, it would only

20   make sense to compare the index fund to the

21   index it was trying to replicate.  Right?

22       A.   That's a very limited objective.

23   And -- and I -- I think that's probably true,

24   but for -- that's a very limited objective.

25       Q.   Right, but for the limited objective

1    of determining how successful an index fund is

2    at replicating a particular index, you would

3    need to compare the index fund to the index that

4    it's trying to replicate, right?

5         A.   Yes.

6         Q.   Okay.  Just as we re-marked

7    Exhibit 175 as Exhibit 175A, let's go back to

8    your expert report, which was Exhibit 172, and

9    your rebuttal report, which was Exhibit 173, and

10   ask the court reporter to re-mark those as 172A

11   and 173A, respectively.

12        A.   You want to do 174 while you're at it?

13        Q.   Sure.  Let's do 174 as 174A while

14   we're at it, too.

15             (Court reporter changed the exhibit

16        markings.)

17        Q.   Okay.  Referring to Exhibits 172A and

18   173A, is it your opinion that no prudent

19   fiduciary could have offered an actively managed

20   emerging markets fund as of 2010?

21        A.   No.

22        Q.   Is it your opinion that if other index

23   funds were transitioned to passive management in

24   2010, then a fiduciary was required also to

25   transition the emerging markets fund to passive

1    Grumman as the fiduciary of the plan.  And I see

2    the ITA as serving an advisory role in the

3    investment committee as well as being tasked

4    with the implementation of the day-to-day

5    management of the plan.

6         Q.   In conducting your evaluation of the

7    process employed with respect to the emerging

8    markets fund, did you evaluate the investment

9    committee's process, ITA's process, or both?

10        A.   I -- I guess both.  I mean, I've

11   been -- I've read through internal presentations

12   of the ITA to itself, as well as communication

13   between the ITA and the investment committee, as

14   well as communication of the investment

15   committee to itself.

16             So, I -- I've kind of read through all

17   of that.

18        Q.   There are parts of your opinion where

19   you seem to take the position that certain

20   information should have been considered by the

21   IC as opposed to the ITA.  Right?

22        A.   Yes.

23        Q.   What's your basis for drawing those

24   distinctions?

25        A.   Because the -- the investment

1  committee is the fiduciary.  They are the plan

2  sponsor.  They speak for Northrup.  They are the

3  ones who have the responsibility, and I see the

4  ITA as being advisory.  But any more than that,

5  starts to get into kind of legal wrangling that

6  I have no opinion about.

7      Q.   Do you have an opinion as to whether

8  ITA had the authority to change the management

9  style of the emerging markets fund?

10      A.   I don't know if the ITA knew if it had

11  the responsibility to do that.  I think -- it's

12  certainly unclear, from what I've seen, as to

13  where that responsibility lies.

14          It -- it certainly lies with the

15  investment committee, because they're the

16  sponsor.  Is that something that they delegated?

17  Is that something that they could have

18  delegated?  I don't really have an opinion about

19  that.

20      Q.   Do you have an opinion as to whether

21  Northrup's emerging markets fund had fees that

22  exceeded an appropriate fee for an actively

23  managed emerging markets fund?

24      A.   I did not evaluate the fees at all.

25      Q.   I want us to pull out what's been

1              Do you see that?

2       A.    Yes.

3       Q.    But from my review that is the only

4    document outside of the discovery record in this

5    case that you considered in preparing this

6    report.  Is that right?

7              MR. STRUCKHOFF:  Objection to the

8         extent it misstates his reports and

9         footnotes.

10             MR. NETTER:  Is there something in

11        there that you would like to point --

12             MR. STRUCKHOFF:  You said "reports."

13        He also had a rebuttal report.

14             MR. NETTER:  I said "this report."

15             MR. STRUCKHOFF:  "This report."  My

16        apologies.

17       A.   I'm not going to review the whole

18    report, but I will -- I will believe you if you

19    tell me that that's the only footnote.

20       Q.   I'm just trying to understand.  It

21    seems to me that what you did was you looked at

22    the data that Northrup Grumman had available and

23    reassessed that data.  Right?

24       A.   Yes.  And -- but occasionally I have

25    to go outside of the discovery-produced

1    documents to obtain what I would consider public

2    data.

3        Q.   Okay.  And in -- for purposes of

4    Exhibit 172A, the only time when you went

5    outside of the discovery-produced documents was

6    for paragraph 90 and Footnote 106.  Right?

7        A.   Yes.

8        Q.   Okay.

9             Just to be precise, you didn't consult

10   any academic literature in preparing this

11   report, did you?

12       A.   If it's -- if it's not cited, then the

13   answer is no.

14       Q.   And you didn't review any commentary

15   about emerging markets funds for purposes of

16   preparing Exhibit 172A, did you?

17            MR. STRUCKHOFF:  Objection.  Vague.

18       A.   I'm sorry.  Could you repeat that?

19       Q.   And you didn't review any commentary

20   about emerging markets funds for purposes of

21   preparing Exhibit 172A, did you?

22       A.   I would -- I would -- I guess I would

23   say no, for this report.

24       Q.   So what is the basis for your opinion

25   that Northrup Grumman's process for evaluating

Page 103

1           But there's no more substance to it

2     than that.  They're concerned about liquidity,

3     they're concerned about transaction costs.  They

4     would be considered about inefficiencies in the

5     market, and the -- the ability for active

6     management, in some definition, to actually

7     produce alpha.  These are things that they're

8     concerned about, and I don't -- I don't object,

9     I don't disagree that those are things that you

10    would want to think about.

11          I -- I don't know that -- I don't know

12    that I would draw the same conclusions as them,

13    and I think that in some cases they drew the

14    wrong conclusion, but I don't disagree that

15    those are things that are worth thinking about.

16     Q.   Okay.  I want you to take a look at

17    paragraph 85 of your report, Exhibit 172A.

18          And this paragraphs begins, "I

19    examined the likely performance of the active

20    managers and the mandates used by Northrup

21    compared to passive options.  The main

22    observation here is that successful active

23    management in the emerging markets asset class

24    is the most difficult to achieve."

25          First of all, what do you mean, the

1   most difficult to achieve?

2        A.   Okay, I think that's -- that's a -- a

3   fair question, because I think it's -- there's a

4   lot that is inside that sentence.  And I -- I

5   honestly think that it's answered by going

6   through the text and looking at the chart on

7   page 90.  And it -- it's kind of a universal

8   statement about the ability and frequency and

9   likelihood of active managers to perform better

10  than an index fund.

11       Q.   Okay.  So here you're making an

12  absolute statement that emerging markets

13  managers are least likely to outperform

14  benchmarks.  Is that right?

15       A.   Well, and also, I mean, subject to the

16  understanding that we're only talking about five

17  asset classes.

18       Q.   Right.  So there could be other asset

19  classes that are not being considered here?

20       A.   Yeah, I don't want to dump on emerging

21  markets when there could be plenty others.

22       Q.   And also, before we leave paragraph

23  85, it says here you examined the likely

24  performance of the active managers.  What does

25  likely performance mean?

1        A.    By likely performance I would mean

2    the -- the likelihood that an active manager

3    would outperform a benchmark.

4        Q.    Okay.  But you didn't conduct any

5    analysis that was prospective in scope, did you?

6        A.    Oh, absolutely not, nor did Northrup.

7        Q.    Right.  So your analysis is based on

8    retrospective data.

9        A.    Well, it -- well -- it's based on data

10   prior to the beginning of the damage period.

11   But it's not -- so from that perspective,

12   it's -- it's backward looking, but it is

13   information that would definitively be available

14   to you in 2010.

15            What you don't know in 2010 is how an

16   active manager will outperform, or what

17   characteristics of an active manager will

18   produce outperformance, that is -- is forward

19   looking.

20            And I haven't done that analysis.  And

21   as I said, neither has Northrup.  But this

22   analysis shows you that as we sit here in

23   December of 2010, what has been the likelihood

24   that active management will -- will perform

25   better than a passive strategy.

Page 117

1    management had outperformed passive management

2    on a three-, five-, seven- and ten-year basis,

3    right?

4        A.   The data is what it is.  I mean, I'm

5    not disputing the chart.  I think you have to --

6    you have to -- there's -- there's more analysis

7    that has to be put forth, to -- to think about

8    this.

9        Q.   Yeah, and I'm asking you to confirm

10   that as of the date of this presentation, and

11   Exhibit 179, active management had outperformed

12   passive management on a three-, five-, seven-

13   and ten-year basis.

14           MR. STRUCKHOFF:  I'll make an

15       objection.  The document and the comparison

16       you're asking him to make is actually an

17       apples to oranges calculation.  One is

18       gross of fees one is net of fees.

19           MR. NETTER:  That sounds like an

20       inappropriate speaking objection.

21       Q.   You should answer the question.

22       A.   There's a fee issue.

23       Q.   And I move to strike your answer as

24   inappropriate coaching from your counsel.

25       A.   Well, actually, I have many other

Page 118

1   concerns about this.  As I said, I don't know

2   how this data was presented.  If you're looking

3   at -- if you go to the active management one,

4   right?  You're looking at the median against the

5   emerging markets index.  You're -- nobody is

6   investing in the median.  You're investing in a

7   particular fund.

8           So that median is not even the average

9   investment that's somebody is receiving.

10          I think -- I think you need to look at

11  all of the data, and also, I don't know how

12  Callan basically calculates this data.

13          So, you know, that's something to look

14  into.  I mean, the difference in alpha is

15  actually -- reported is actually greater than

16  the fee difference.  Like, you can compare --

17  283 to minus 61 is a difference of 340 basis

18  points, and I know that the average fee on an

19  emerging markets fund is a lot less than 340

20  basis points.

21          But again, there's a lot more to the

22  data than just what you're seeing here.

23          And again, the -- I think we're also

24  missing the forest for the trees, here.  This is

25  not about whether or not a lot of funds have

1          I mean, you could go and -- and

2    collect that data.  I don't know why

3    December '07 data is relevant for a decision

4    that was made in December of 2010.

5          Doesn't take three years to prepare

6    this exhibit.  It takes about three minutes.

7          So I don't know why you would look at

8    '07 data to evaluate the decision, but yes, you

9    absolutely can create this chart for 2007.

10   Q.   And I want you to indulge my focus on

11   2007 for a minute.  Do you believe that as of

12   2007, successful active management in the

13   emerging markets asset class was most difficult

14   to achieve?

15   A.   I have no idea.  My chart doesn't do

16   the comparison, and neither does this exhibit

17   here, 179.  This is not about the merit of

18   investing in actively managed emerging market

19   funds.  This is about the relative merit about

20   investing in active emerging market funds as

21   compared to actively managed funds in other

22   asset classes.

23   Q.   So you don't have an opinion as to the

24   merit of investing in actively managed emerging

25   market funds?

1    comparing emerging markets to other categories

2    that -- what I'm trying to do is, actually, take

3    the exhibit, the analysis that's done in 179 for

4    emerging markets, and apply that analysis in

5    some way across the relevant asset classes.

6        Q.   So you still haven't answered the

7    question, so I'll ask it again.  In your

8    professional career you've never used the

9    Morningstar rank of Vanguard index funds to

10   advise a client as to whether to organize a fund

11   as actively or passively managed, right?

12       MR. STRUCKHOFF:  Objection.  Objection

13   and, I mean, is --

14       A.   I think as you asked the question, the

15   answer is no.  But it's -- it's...

16       Q.   Is it your opinion that no prudent

17   fiduciary could have evaluated the

18   appropriateness of passive management in

19   emerging markets funds without assessing the

20   rank of Vanguard passive mutual funds within

21   their peer groups?

22       MR. STRUCKHOFF:  Objection.  Compound.

23       A.   I think anybody who endeavors to make

24   that decision will make it the way that they

25   make it.

Page 154

1    significance.  And it is used to evaluate

2    investment performance.

3        Q.    So, Dr. Pomerantz, you say in

4    paragraph 19 that statistical significance is a

5    statistical test designed to identify whether

6    one can reject with 95 percent confidence the

7    hypotheses that performance is actually neutral

8    to a benchmark.

9            And then you say that academic

10   research on this particular issue identified

11   that only 0.6 percent of mutual funds exhibited

12   statistically significant outperformance.

13       A.    Yes.

14       Q.    Isn't it possible also for mutual

15   funds to exhibit statistically significant

16   underperformance?

17       A.    Yeah.  I -- I would -- I wouldn't

18   distinguish between positive or negative.

19       Q.    Okay.  And would you expect that a

20   similar percentage of mutual funds would exhibit

21   statistically significant underperformance?

22       A.    Yeah, and in part because, as I

23   identify in my rebuttal, that is the purpose of

24   the test.  The purpose of the test is to

25   basically make it very difficult for an

Page 158

1    and statistically significant, "and only

2    .6 percent are skilled," meaning that the alpha

3    is positive and statistically significant.

4        Q.   Okay.   Now, I believe you testified

5    earlier today that you expected that the

6    percentage of funds that had statistically

7    significant underperformance would be similar to

8    the percentage of funds that had statistically

9    significant outperformance.

10           Do you recall that?

11       A.   As the test is designed, as a test is

12   designed, yes, I expect that to be true.   What's

13   happening here is the presence of fees has

14   created a skewed distribution, which is why

15   you're seeing 24 versus .6.   In the absence of

16   fees, these numbers would be much closer to

17   equal.

18       Q.   So actually, this article shows that

19   approximately one in four funds has a return

20   that is statistically -- that is -- that differs

21   from the benchmark in a statistically

22   significant fashion.   Right?

23       A.   Yes.

24       Q.   Now, in paragraph 97 -- this is your

25   initial report.

Page 200

1        Q.    And this for identification purposes

2    is entitled "S&P Dow Jones Indices, S&P emerging

3    BMI."

4        A.    Yes.

5        Q.    What is the S&P emerging BMI?

6        A.    Well, they -- they define it -- all

7    company -- I don't know what it stands for.  It

8    just -- it says, "All companies domiciled in the

9    emerging markets within the S&P global BMI with

10   a float adjusted market cap of at least a

11   hundred million meeting 6- and 12-month median

12   value traded requirements."

13       Q.    Okay.  And do you know if this is the

14   benchmark that's used for SPIVA?

15       A.    I -- I don't know.

16       Q.    Okay.  Let me ask you if you can turn

17   to the second page of this exhibit.

18             What was the total return of the S&P

19   emerging BMI index for calendar year 2009?

20       A.    For 2009, it was 8463 gross and 8423

21   net.

22       Q.    Okay.  Now let's turn to Exhibit 181,

23   which is the S&P IFCI index.

24             And can you tell from the description

25   how the IFCI index differs from the emerging BMI

1     Q.   And if it were -- a net would be even

2   lower than that, right?

3     A.   Yes.

4     Q.   So across these three emerging markets

5   benchmarks for the year 2009, we have over 600

6   basis points of disparity in terms of

7   performance.  Right?

8           MR. STRUCKHOFF:  Objection.

9     Foundation.

10    A.   Well, there's -- there are different

11  benchmarks.

12          But -- but I -- I mean, the difference

13  is, the difference is, yes, around 6 percent.

14    Q.   Okay.  Fair to say that if the SPIVA

15  report is evaluating the percentage of funds

16  that outperform the S&P five -- or the S&P

17  emerging markets indices, then a greater

18  percentage of actively managed funds would have

19  outperformed the MSCI benchmark, right?

20    A.   Assuming that this is the benchmark

21  that's being used for SPIVA.

22    Q.   With that assumption --

23    A.   Yeah.

24    Q.   -- the statement is correct, right?

25    A.   Yes.