Nancy G. Ross
*nross@mayerbrown.com*
Brian D. Netter
*bnetter@mayerbrown.com*
Laura Hammargren
*lhammargren@mayerbrown.com*
Samuel P. Myler
*smyler@mayerbrown.com*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312.782.0600
Facsimile: 312.701.7711

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CLIFTON W. MARSHALL, et al.,

Plaintiffs,

v.

NORTHROP GRUMMAN CORPORATION, et al.

Defendants.

Case No. 16-CV-6794 AB (JCx)

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: June 7, 2019
Time: 10:00 a.m.
Judge: Hon. André Birotte Jr.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that by submission to the Honorable André Birotte Jr. of the United States District Court for the Central District of California, 350 W. 1st Street, Courtroom 7B, Los Angeles, CA 90012, Defendants will move on June 7, 2019 for partial summary judgment on Counts II, III, VI, and VII of Plaintiffs' Second Amended Complaint (Dkt. 132).

In this ERISA action, Plaintiffs challenge a variety of decisions made and actions taken by alleged fiduciaries to the 401(k) retirement plan sponsored by Northrop Grumman Corporation. Plaintiffs asserted that Northrop failed to consider whether to convert the Emerging Markets Fund to passive management and failed to renegotiate the recordkeeping contract when the plan's circumstances changed. But discovery has shown that the factual premises underlying these claims are not true, such that Plaintiffs cannot identify evidence to support a sustainable legal theory. As to the Emerging Markets Fund, undisputed evidence shows that Defendants followed a detailed analytical process to evaluate the merits of active management, and that employing active management was objectively prudent in the emerging markets context. As to recordkeeping, Plaintiffs' claim turns on several factual inaccuracies about which the record is now clear and undisputed, and their claims about fixed fees, requests for proposals, and arrangements with advisory services cannot be sustained when viewed in light of ERISA's requirements.

This motion is based on the Memorandum of Law, the Proposed Order, the Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Partial Summary Judgment, the Declaration of Nancy Ross in Support of Defendants' Motion for Partial Summary Judgment and the exhibits attached thereto, and the Declarations of Dennis Newberry and Michael Lyster in Support of Defendants' Motion for Partial Summary Judgment.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 18, 2019. The parties were unable to reach a resolution that would eliminate the need to file this motion.

Dated: February 1, 2019

MAYER BROWN LLP
Nancy G. Ross
Brian D. Netter
Laura Hammargren
Samuel P. Myler

By: *\/s/ Nancy G. Ross*
Nancy G. Ross

*Attorneys for Defendants*