# Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment

# (Filed Under Seal)