# Daubert Motion Ex. M

# (Filed Under Seal)