JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
KURT C. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SEAN E. SOYARS (admitted *pro hac vice*)
ssoyars@uselaws.comp
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
*Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840
*Local Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (Western Division)

| | |
|---|---|
| CLIFTON W. MARSHALL, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.,<br><br>*Defendants*. | Case No. 16-CV-6794 AB (JCx)<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Filed concurrently with Decl. of Kurt C. Struckhoff In Support of Application for Leave to File Under Seal and [Proposed] Order]<br><br>Hon. André Birotte Jr. |

In accordance with L.R. 79-5.2.2(b), Plaintiffs submit this Application for Leave to File Under Seal their Unredacted Memorandum in Support of their Motion to Disqualify Defendants' Expert Marcia Wagner and Exhibits A and B filed in support of their motion. Defendants have designated these exhibits as Confidential under the terms of the protective order. Doc. 108. Plaintiffs' Memorandum incorporates excerpts of Exhibits A and B. Defendants shall have four days of the filing of this Application to file a declaration establishing that the designated material is sealable under L.R. 79-5.2.2(b)(i).

Dated: February 5, 2019            Respectfully submitted,

By:  /s/ Jerome J. Schlichter
Jerome J. Schlichter (SBN 054513)
SCHLICHTER, BOGARD & DENTON
*Lead Counsel for Plaintiffs*

William A. White (SBN 121681)
HILL, FARRER & BURRILL LLP
*Local Counsel for Plaintiffs*