1

2

3            NOTE: CHANGES MADE BY THE COURT

4

5

6

7

8

9            **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10                        **(Western Division)**

11

12   CLIFTON W. MARSHALL, et al.,          Case No. 16-CV-6794 AB (JCx)

13                          *Plaintiffs*,   ~~**[PROPOSED]**~~ **ORDER GRANTING**
                                            **PLAINTIFFS' APPLICATION FOR**
14   v.                                     **LEAVE TO FILE UNDER SEAL**

15   NORTHROP GRUMMAN                       [Filed concurrently with: Application for
     CORPORATION, et al.,                   Leave to File Under Seal; Decl. of Kurt C.
16                                          Struckhoff In Support of Application for
                                            Leave to File Under Seal; and Exhibits
17                          *Defendants*.    Proposed to be Filed Under Seal]

18                                          Hon. André Birotte Jr.

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    Having considered Plaintiffs' Application for Leave to File Under Seal, and finding good cause, the Court hereby grants the Application. Plaintiffs shall file under seal the Unredacted Memorandum in Support of Plaintiffs' Motion to Disqualify defense experts Marcia Wagner and unredacted versions of Exhibits A and B.

**IT IS SO ORDERED.**

Dated: February 12, 2019

_____

Hon. André Birotte Jr.
U.S. District Court

-1-