NANCY G. ROSS *(Pro Hac Vice)*
 nross@mayerbrown.com
BRIAN D. NETTER *(Pro Hac Vice)*
 bnetter@mayerbrown.com
LAURA HAMMARGREN *(Pro Hac Vice)*
 lhammargren@mayerbrown.com
SAMUEL P. MYLER *(Pro Hac Vice)*
 smyler@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:  312.782.0600
Facsimile:   312.701.7711

DALE J. GIALI (SBN 150382)
 dgiali@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone:  213.229.9500
Facsimile:   213.625.0248

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON W. MARSHALL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.<br><br>Defendants. | Case No. 16-CV-6794 AB (JCx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO EXCLUDE / DISQUALIFY DEFENDANTS' EXPERT MARCIA WAGNER AND CONTINUE THE HEARING DATE**<br><br>Current Hearing Date: March 29, 2019<br>Opposition Papers Due: March 8, 2019<br>Reply Papers Due: March 15, 2019<br>Proposed Hearing Date: June 7, 2019<br><br>Judge: Hon. André Birotte Jr. |

WHEREAS, on February 1, 2019, Defendants filed a Motion in Limine to exclude the reports and testimony of Plaintiffs' expert Steve Pomerantz and the report and testimony of Plaintiffs' expert David Witz ("Defendants' Motion in Limine"), noticing the motion with a hearing date of March 29, 2019 (Doc. 167).

WHEREAS, on February 5, 2019, Plaintiffs filed a Motion to Exclude / Disqualify Defendants' Expert Marcia Wagner ("Plaintiffs' Expert Motion"), noticing the motion with a hearing date of March 29, 2019 (Doc. 174).

WHEREAS, on February 8, 2019, the Court issued an order continuing the hearing date on Defendants' Motion in Limine to June 7, 2019 and construing Defendants' Motion in Limine as evidentiary objections that are related to Defendants' Partial Motion for Summary Judgment, which is scheduled for a hearing on June 7, 2019 (Doc. 179).

WHEREAS, the parties have agreed to continue the hearing date on Plaintiffs' Expert Motion to June 7, 2019 to coincide with the hearings on Defendants' Motion in Limine and Defendants' Partial Motion for Summary Judgment. Pursuant to Local Rules 7-9 through 7-11, Defendants will serve and file their brief in opposition to Plaintiffs' Motion on or before May 17, 2019 (21 days before the June 7, 2019 hearing) and Plaintiffs will serve and file any reply in support of Plaintiffs' Motion on or before May 24, 2019 (14 days before the June 7, 2019 hearing).

IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective counsel of record and subject to the Court's approval, that the hearing on Plaintiffs' Motion be continued to June 7, 2019.

The parties submit a proposed order herewith.

Dated: February 27, 2019    Respectfully submitted,

By: /s/ *Laura Hammargren*
Nancy G. Ross (*Pro Hac Vice*)
Brian D. Netter (*Pro Hac Vice*)
Laura Hammargren (*Pro Hac Vice*)
Samuel P. Myler (*Pro Hac Vice*)
Dale J. Giali (SBN 150382)
MAYER BROWN LLP

*Attorneys for Defendants*

By: /s/ *Kurt C. Struckhoff* (with consent)
Kurt C. Struckhoff (*Pro Hac Vice*)
SCHLICHTER, BOGARD & DENTON
*Lead Counsel for Plaintiffs*

William A. White (SBN 121681)
HILL, FARRER & BURRILL LLP
*Local Counsel for Plaintiffs*

## ATTESTATION

I, Laura Hammargren, am the ECF user whose User ID and Password are being used to file this Stipulation. Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I hereby attest that the other signatories listed have concurred in this filing.

/s/ *Laura Hammargren*
Laura Hammargren