# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON W. MARSHALL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.<br><br>    Defendants. | Case No. 16-CV-6794 AB (JCx)<br><br>~~[PROPOSED]~~ ORDER RE: JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO EXCLUDE / DISQUALIFY DEFENDANTS' EXPERT MARCIA WAGNER AND CONTINUE THE HEARING DATE |

1

Having considered the Parties' Joint Stipulation To Extend Time to Respond to Motion to Exclude / Disqualify Defendants' Expert Marcia Wagner (Dkt. No. 174) and Continue the Hearing Date, the Court hereby GRANTS the Joint Stipulation. Pursuant to Local Rules 7-9 through 7-11, the briefing schedule related to said motion shall be extended as follows:

- Defendants' opposition to the motion due: May 17, 2019;
- Plaintiffs' reply in support of the motion due: May 24, 2019; and
- Hearing date: June 7, 2019 at 10:00 am.

Dated: March 05, 2019

Hon. André Birotte Jr.