JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
SEAN E. SOYARS (admitted *pro hac vice*)
ssoyars@uselaws.com
KURT C. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-5934
*Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile:  (213) 620-4840
*Local Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (Western Division)

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., | Case No. 16-CV-6794 AB (JCx) |
| *Plaintiffs*, | **APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | [Filed concurrently with Decl. of Kurt C. Struckhoff In Support of Application for Leave to File Under Seal and [Proposed] Order] |
| NORTHROP GRUMMAN CORPORATION, et al., | |
| *Defendants*. | Hon. André Birotte Jr. |

In accordance with L.R. 79-5.2.2(b), Plaintiffs submit this Application for Leave to File Under Seal their Unredacted Statement of Genuine Disputes, their Unredacted Memorandum in Support of their Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment, and Exhibits P1, P4–P6, P9, P13–P18, P24–P28, P30–P32, P35, P37–P42, P44–P46, P48, P52, P57–P60, P62, P64, P67, P69, P70, and pP73–P78 filed in support of Plaintiffs' Statement of Genuine Disputes. Plaintiffs, Defendants, or third parties (Financial Engines and Callan) have designated these exhibits as Confidential under the terms of the protective order. Doc. 108. Plaintiffs' Statement of Genuine Disputes and their Memorandum incorporate excerpts of these designated materials. Defendants, Financial Engines, and Callan shall have four days of the filing of this Application to file a declaration establishing that the designated material is sealable under L.R. 79-5.2.2(b)(i). Plaintiffs submit currently with this Application the Declaration of Kurt C. Struckhoff to maintain under seal portions of Exhibit P44.

Dated: March 29, 2019        Respectfully submitted,

By:  /s/ Sean E. Soyars
Sean E. Soyars (*pro hac vice*)
SCHLICHTER, BOGARD & DENTON
*Lead Counsel for Plaintiffs*

William A. White (SBN 121681)
HILL, FARRER & BURRILL LLP
*Local Counsel for Plaintiffs*