# Defendants' Combined Replies to Plaintiffs' Responsive Statements of Fact and Responses to Plaintiffs' Statement of Additional Facts

# (Filed Under Seal)