# EXHIBIT 111
# (Filed Under Seal)