JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
SEAN S. SOYARS (admitted *pro hac vice*)
ssoyars@uselaws.com
KURT C. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
*Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840
*Local Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (Western Division)

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, et al., <br><br> *Defendants*. | Case No. 16-CV-6794 AB (JCx) <br><br> **DECL. OF KURT C. STRUCKHOFF IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION IN LIMINE** <br><br> Hon. André Birotte Jr. |

I, Kurt C. Struckhoff, of lawful age, declare as follows:

1. I am one of the attorneys in the law firm of Schlichter, Bogard & Denton LLP, which represents the Plaintiffs in this case. I am licensed to practice in the States of Missouri and Illinois, as well as numerous federal courts. I am admitted *pro hac vice* in the above-referenced matter. If called as a witness, I could and would competently testify to the facts set forth below as I know them to be true based upon my own personal knowledge or upon my review of the records and files maintained by the firm in the regular course of its representation of Plaintiffs in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Dr. Steve Pomerantz taken on October 29, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of David Witz taken on November 7, 2018.

4. Attached hereto as Exhibit 3 is a compilation of revised reliance spreadsheets of calculations previously performed by Plaintiffs' experts, Dr. Steve Pomerantz, Mr. David Witz, and Mr. Martin Schmidt. Dr. Pomerantz's original spreadsheet calculating the Plan's annual returns was previously filed as Ex. J (Doc. 172-8). These spreadsheets have been revised to update the Plan's annual returns based on discrepancies identified by Defendants in their Memorandum of Points and Authorities in Support of Defendants' Motion in *Limine*. *See* Doc. 172-1 at 11. The spreadsheets have been converted to PDF format for filing purposes.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Administrative Services Master Contract, which was a publicly admitted trial exhibit (Tr. Ex. 97) in *In re Northrop Grumman ERISA Litig*. *See* No. 06-6213, Doc. 748 at 8 (C.D. Cal. Mar. 20, 2017).

6. Attached hereto as Exhibit 5 is a true and correct copy of a document titled "Explanation of General Northrop Grumman Services Provided to Qualified Plan", which was produced by Defendants as NGC0286711.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document titled "2016 Anticipated Northrop Grumman Employees and Independent Contractors Providing Administrative Services to the Plan", which was produced by Defendants as NGC0302474. This document has been filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2019.

                                            /s/ Kurt C. Struckhoff
                                            Kurt C. Struckhoff