NGSP Plan Analysis

| Fund Name | 2010 Assets | 2011 Assets | 2012 Assets | 2013 Assets | 2014 Assets | 2015 Assets | 2016 Assets | 2017 Assets | 4Q2010 Performance | 2011 Performance | 2012 Performance | 2013 Performance | 2014 Performance | 2015 Performance | 2016 Performance | 2017 Performance | 2010 Asset Allocation | 2011 Asset Allocation | 2012 Asset Allocation | 2013 Asset Allocation | 2014 Asset Allocation | 2015 Asset Allocation | 2016 Asset Allocation | 2017 Asset Allocation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retirement Path Retirement Fund | $ 140,020,554 | $ 153,603,351 | $ 205,000,000 | $ 208,032,827 | $ 264,000,000 | $ 242,000,000 | $ 244,282,174 | $ 251,000,000 | 3.12% | 3.81% | 9.25% | 7.72% | 5.79% | -0.30% | 5.89% | 10.51% | 0.91% | 1.24% | 1.58% | 1.24% | 1.55% | 1.38% | 1.24% | 1.13% |
| Retirement Path 2015 | | | | $ 45,353,556 | | | | | | | | 7.68% | | | | | | | | | | | 0.27% | |
| Retirement Path 2020 | | $ 269,577,523 | $ 296,319,884 | $ 417,000,000 | $ 467,536,009 | $ 510,000,000 | $ 493,000,000 | $ 554,585,177 | $ 624,000,000 | 5.36% | 1.24% | 11.64% | 11.37% | 6.21% | -0.47% | 6.27% | 11.67% | 1.75% | 2.38% | 3.24% | 2.80% | 2.98% | 2.81% | 2.81% | 2.81% |
| Retirement Path 2025 | | | | | $ 80,060,422 | $ 122,000,000 | $ 151,000,000 | $ 206,620,239 | $ 291,000,000 | | | | 11.97% | 6.47% | -0.54% | 6.74% | 13.37% | | | | 0.48% | 0.72% | 0.86% | 1.05% | 1.31% |
| Retirement Path 2030 | $ 235,250,096 | $ 269,678,737 | $ 383,000,000 | $ 446,281,466 | $ 505,000,000 | $ 522,000,000 | $ 596,305,134 | $ 716,000,000 | 7.01% | -0.82% | 13.94% | 15.46% | 6.69% | -0.59% | 7.15% | 14.82% | 1.53% | 2.17% | 2.97% | 2.67% | 2.96% | 2.97% | 3.03% | 3.23% |
| Retirement Path 2035 | | | | $ 30,822,364 | $ 57,000,000 | $ 71,000,000 | $ 100,815,079 | $ 150,000,000 | | | | 15.17% | 6.96% | -0.66% | 7.49% | 16.09% | | | | 0.18% | 0.33% | 0.41% | 0.51% | 0.68% |
| Retirement Path 2040 | | $ 222,892,973 | $ 237,582,259 | $ 325,000,000 | $ 402,071,933 | $ 456,000,000 | $ 461,000,000 | $ 527,632,990 | $ 650,000,000 | 8.36% | -2.59% | 15.88% | 18.80% | 7.17% | -0.69% | 7.82% | 17.27% | 1.45% | 1.91% | 2.53% | 2.41% | 2.67% | 2.63% | 2.68% | 2.95% |
| Retirement Path 2045 | | | | $ 35,787,585 | $ 58,000,000 | $ 73,000,000 | $ 105,145,806 | $ 166,000,000 | | | | 18.08% | 7.34% | -0.74% | 8.07% | 18.34% | | | | 0.21% | 0.34% | 0.42% | 0.53% | 0.75% |
| Retirement Path 2050 | | $ 35,814,104 | $ 65,500,744 | $ 125,000,000 | $ 163,345,183 | $ 198,000,000 | $ 209,000,000 | $ 251,031,416 | $ 352,000,000 | 9.71% | -4.04% | 17.48% | 21.67% | 7.48% | -0.77% | 8.31% | 19.36% | 0.23% | 0.53% | 0.97% | 0.98% | 1.15% | 1.19% | 1.27% | 1.59% |
| Retirement Path 2055 | | | | $ 12,069,249 | $ 40,000,000 | $ 45,000,000 | $ 64,708,896 | $ 119,000,000 | | | | 20.36% | 7.55% | -0.86% | 8.54% | 20.30% | | | | 0.07% | 0.23% | 0.26% | 0.33% | 0.53% |
| Retirement Path 2060 | | | | | | | $ 18,584,869 | $ 43,000,000 | | | | | | 0.00% | 8.76% | 21.19% | | | | | | | 0.09% | 0.19% |
| Stable Value Fund | $ 4,301,950,760 | $ 3,667,696,689 | $ 3,588,000,000 | $ 3,646,702,044 | $ 3,285,000,000 | $ 3,401,000,000 | $ 3,586,486,971 | $ 3,262,000,000 | 0.92% | 3.57% | 3.03% | 2.52% | 2.19% | 2.18% | 2.19% | 2.35% | 27.90% | 29.51% | 27.88% | 21.82% | 19.21% | 19.37% | 18.20% | 14.69% |
| US Fixed Income Fund | $ 1,454,562,124 | $ 1,390,796,448 | $ 1,577,000,000 | $ 1,271,785,883 | $ 1,447,000,000 | $ 1,457,000,000 | $ 1,605,603,780 | $ 1,586,000,000 | -1.42% | 7.77% | 4.21% | -2.22% | 6.02% | 0.53% | 2.60% | 3.59% | 9.43% | 11.19% | 12.25% | 7.61% | 8.46% | 8.30% | 8.15% | 7.14% |
| Balanced Fund | $ 1,397,838,277 | $ 658,277,649 | | $ 1,311,939,494 | $ 1,147,000,000 | $ 1,140,000,000 | $ 1,388,585,822 | $ 1,352,000,000 | 5.57% | 0.89% | 12.64% | 17.84% | 6.56% | 0.58% | 7.08% | 15.50% | 9.07% | 5.30% | | 7.85% | 6.71% | 6.49% | 7.05% | 6.09% |
| US Equity Fund | $ 2,923,545,454 | $ 2,436,643,660 | $ 2,748,000,000 | $ 3,805,535,593 | $ 4,076,000,000 | $ 3,941,000,000 | $ 4,337,847,590 | $ 4,990,000,000 | 11.02% | 2.26% | 16.02% | 32.27% | 13.60% | 1.32% | 11.92% | 21.84% | 18.96% | 19.61% | 21.35% | 22.77% | 23.83% | 22.44% | 22.01% | 22.48% |
| Int'l Equity Fund | $ 635,675,390 | $ 471,780,030 | $ 724,000,000 | $ 1,060,233,989 | $ 1,070,000,000 | $ 1,128,000,000 | $ 1,140,029,594 | $ 1,471,000,000 | 6.78% | -12.08% | 18.56% | 21.89% | -5.41% | -0.54% | 1.85% | 25.46% | 4.12% | 3.80% | 5.63% | 6.34% | 6.26% | 6.43% | 5.79% | 6.63% |
| Small Cap Fund | $ 1,004,016,381 | $ 840,909,090 | $ 945,000,000 | $ 1,489,773,818 | $ 1,365,000,000 | $ 1,262,000,000 | $ 1,498,290,845 | $ 1,662,000,000 | 16.44% | -3.86% | 16.21% | 38.72% | 4.86% | -4.48% | 21.30% | 14.72% | 6.51% | 6.77% | 7.34% | 8.92% | 7.98% | 7.19% | 7.60% | 7.49% |
| Emerging Markets Equity Fund | $ 1,386,116,465 | $ 748,664,862 | $ 778,000,000 | $ 621,233,694 | $ 530,000,000 | $ 496,000,000 | $ 548,587,881 | $ 824,000,000 | 7.57% | -19.62% | 18.65% | -3.12% | -4.85% | -15.29% | 11.22% | 37.30% | 8.99% | 6.02% | 6.04% | 3.72% | 3.10% | 2.83% | 2.78% | 3.71% |
| Northrop Grumman Fund w/o including Dividends | $ 1,410,767,477 | $ 1,102,538,189 | $ 1,058,000,000 | $ 1,611,799,254 | $ 1,973,000,000 | $ 2,454,000,000 | $ 2,931,471,819 | $ 3,690,000,000 | 6.77% | -0.56% | 15.27% | 69.07% | 28.36% | 27.92% | 23.07% | 31.85% | 9.15% | 8.87% | 8.22% | 9.65% | 11.53% | 13.98% | 14.88% | 16.62% |
| HII Stock Fund | | $ 86,689,767 | | | | | | | | | | | 28.39% | | | | | 0.70% | | | | | | |
| Totals | $15,418,027,578 | $12,426,681,359 | $12,871,000,000 | $16,710,364,563 | $17,103,000,000 | $17,546,000,000 | $19,706,616,082 | $22,199,000,000 | | | | | | | | | | | | | | | | |
| | | | | | | | | | 5.74% | 0.65% | 10.91% | 22.17% | 8.64% | 3.84% | 10.17% | 18.23% | 100.00% | 100.00% | 100.00% | 99.99% | 100.01% | 99.96% | 100.00% | 100.00% |

| For Fees Paid in: | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|
| PV to 12/31/17 factor | 2.004 | 1.991 | 1.795 | 1.469 | 1.353 | 1.303 | 1.182 |

Source:
CALLAN0011750
NGC0162145
NGC0336864
NGC0180332
NGC0337457
NGC0223104
CALLAN0013362
NGC0337007
NGC0117758
NGC0180336
CALLAN0013366
NGC0117750

Exhibit 3

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Northrop Grumman Corp. (*) | $ 2,140,932 | $ 1,660,302 | $ 1,758,661 | $ 1,803,009 | $ 236,768 | $ 16,586 |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| ITA Reasonable Fee (^) | $ 122,505 | $ 122,505 | $ 122,505 | $ 122,505 |  |  |  |  |  |  |
| Benefits Staff Reasonable Fee | $ 228,000 | $ 231,840 | $ 236,360 | $ 239,280 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| Excess | $ 554,297 | $ 1,305,957 | $ 1,399,796 | $ 1,441,224 | $ 236,768 | $ 16,586 | $ - | $ - | $ - |  |
|  |  |  |  |  |  |  |  |  |  |  |
| Disgorgement Compounded (VIIIX) | $ 662,809 | $ 2,337,163 | $ 4,469,770 | $ 7,719,643 | $ 9,012,458 | $ 9,154,317 | $ 10,248,258 | $ 12,484,428 | $ 13,722,884 | $ 13,722,884 |
| Disgorgement Compounded (Plan Return) | $ 662,809 | $ 2,327,413 | $ 4,339,896 | $ 7,105,060 | $ 7,955,705 | $ 8,277,857 | $ 9,119,784 | $ 10,782,320 |  | $ 10,782,320 |
|  |  |  |  |  |  |  |  |  |  |  |
| Excess Compounded (VIIIX) | $ 554,297 | $ 1,872,005 | $ 3,571,321 | $ 6,168,582 | $ 7,249,212 | $ 7,366,562 | $ 8,246,866 | $ 10,046,333 | $ 11,042,929 | $ 11,042,929 |
| Excess Compounded (Plan Return) | $ 554,297 | $ 1,863,851 | $ 3,466,914 | $ 5,676,753 | $ 6,403,993 | $ 6,666,546 | $ 7,344,589 | $ 8,683,507 |  | $ 8,683,507 |
|  |  |  |  |  |  |  |  |  |  |  |
| Excess Compounded (2010 – 2013) (VIIIX) | $ 554,297 | $ 1,872,005 | $ 3,571,321 | $ 6,168,582 | $ 7,012,444 | $ 7,109,917 | $ 7,959,552 | $ 9,696,327 | $ 10,658,202 | $ 10,658,202 |
| Excess Compounded (2010 – 2013) (Plan Return) | $ 554,297 | $ 1,863,851 | $ 3,466,914 | $ 5,676,753 | $ 6,167,225 | $ 6,404,098 | $ 7,055,448 | $ 8,341,656 |  | $ 8,341,656 |
|  |  |  |  |  |  |  |  |  | *as of 8/31/2018 |  |
| Vanguard Institutional Index (VIIIX) |  | 2.12% | 16% | 32.37% | 13.68% | 1.39% | 11.95% | 21.82% | 9.92% |  |
| Plan Return |  | 0.65% | 10.91% | 22.17% | 8.64% | 3.84% | 10.17% | 18.23% |  |  |

*Form 5500
^ Average of median salaries for similar services.

|  | Original Calc. | Revised Calc. | Diff. | % |
|---|---|---|---|---|
| **Disgorgement Compounded (Plan Return)** | $ 10,830,922.79 | $ 10,782,320.49 | $ (48,602.30) | -0.45% |
| **Excess Compounded (Plan Return)** | $ 8,722,518.26 | $ 8,683,507.39 | $ (39,010.87) | -0.45% |
| **Excess Compounded (2010 – 2013) (Plan Return)** | $ 8,379,776.50 | $ 8,341,655.98 | $ (38,120.52) | -0.45% |

Exhibit 3

| | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | 2010 (Sept. – Dec.) | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 (1Q) | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Expected Administrative Fee PPY | | | | | | | | $ 34.00 | $ 34.00 | $ 34.00 | $ 28.00 | $ 24.00 | $ 24.00 | $ 26.00 | | |
| Total Participants (*) | | | | | | | | 132,399 | 109,215 | 105,611 | 102,780 | 101,455 | 102,565 | 103,692 | | |
| Total Expected Recordkeeping Fee | | | | | | | | $ 1,393,636 | $ 3,713,310 | $ 3,590,774 | $ 2,877,840 | $ 2,434,920 | $ 2,461,560 | $ 673,998 | | |
| Base Recordkeeping Compensation (^) | $ 412,395 | $ 412,395 | $ 412,395 | $ 412,395 | $ 412,395 | $ 412,395 | $ 412,395 | $ 1,525,861 | $ 4,923,191 | $ 4,752,495 | $ 4,625,100 | $ 4,565,475 | $ 4,615,425 | $ 1,166,535 | | |
| Recordkeeping Damages | | | | | | | | $ (132,225) | $ (1,209,881) | $ (1,161,721) | $ (1,747,260) | $ (2,130,555) | $ (2,153,865) | $ (492,537) | | |
| | | | | | | | | | | | | | | | | |
| **Sept. 9, 2010 – April 1, 2016:** | | | | | | | | | | | | | | | | |
| Compounded Recordkeeping Damages (VIIIX | | | | | | | | $ (132,225) | $ (1,344,909) | $ (2,721,815) | $ (5,350,127) | $ (8,212,579) | $ (10,480,599) | $ (12,225,567) | $ (14,893,186) | $ **(16,370,590)** |
| Compounded Recordkeeping Damages (Plan Return) | | | | | | | | $ (132,225) | $ (1,342,964) | $ (2,651,145) | $ (4,986,164) | $ (7,547,524) | $ (9,991,277) | $ (11,500,010) | $ **(13,596,462)** | |
| | | | | | | | | | | | | | | | | |
| **April 1, 2011 – April 1, 2016:** | | | | | | | | | | | | | | | | |
| Compounded Recordkeeping Damages (VIIIX | | | | | | | | | $ (901,024) | $ (2,206,909) | $ (4,668,545) | $ (7,437,757) | $ (9,695,007) | $ (11,346,097) | $ (13,821,815) | $ **(15,192,939)** |
| Compounded Recordkeeping Damages (Plan Return) | | | | | | | | | $ (901,024) | $ (2,161,008) | $ (4,387,364) | $ (6,896,987) | $ (9,315,755) | $ (10,755,781) | $ **(12,716,560)** | |
| | | | | | | | | | | | | | | | | |
| **Sources** | NGC0096958 | NGC0096960 | NGC0096960 | NGC0096960 | NGC0100900 | NGC0100900 | NGC0100900 | | | | | | | | | |

* Forms 5500
^ From April 1, 2011, Hewitt compensation determined based on $45 annual base recordkeeping fee. Prior amounts determined based on Northrop's internal record

*As of 8/31/2018

| | | | | | | | | | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vanguard Institutional Index (VIIIX) | | | | | | | | | 2.12% | 16% | 32.37% | 13.68% | 1.39% | 11.95% | 21.82% | 9.92% |
| Plan Return (**) | | | | | | | | | 0.65% | 10.91% | 22.17% | 8.64% | 3.84% | 10.17% | 18.23% | |

**Plan returns calculated by Plaintiffs' expert Dr. Pomerantz

| | Original Calc. | Revised Calc. | Diff. | % |
|---|---|---|---|---|
| Compounded Recordkeeping Damages (Plan Return) (Sept. 2010 – Apr. 2016) | $ (13,646,233.43) | $ (13,596,461.72) | $ 49,771.70 | -0.36% |
| Compounded Recordkeeping Damages (Plan Return) (Apr. 2011 – Apr. 2016) | $ (12,762,297.69) | $ (12,716,559.81) | $ 45,737.88 | -0.36% |

Exhibit 3