# EX. P31

# (Proposed to Be Filed Under Seal)