1  NANCY G. ROSS *(Pro Hac Vice)*
   nross@mayerbrown.com
2  BRIAN D. NETTER *(Pro Hac Vice)*
   bnetter@mayerbrown.com
3  SAMUEL P. MYLER *(Pro Hac Vice)*
   smyler@mayerbrown.com
4  MAYER BROWN LLP
   71 South Wacker Drive
5  Chicago, IL 60606
   Telephone:  312.782.0600
6  Facsimile:  312.701.7711

7  DALE J. GIALI (SBN 150382)
   dgiali@mayerbrown.com
8  MAYER BROWN LLP
   350 South Grand Avenue, 25th Floor
9  Los Angeles, CA 90071
   Telephone:  213.229.9500
10 Facsimile:  213.625.0248

11 *Attorneys for Defendants*

12

13             **UNITED STATES DISTRICT COURT**

14             **CENTRAL DISTRICT OF CALIFORNIA**

15

16  CLIFTON W. MARSHALL, et al.,          **Case No. 16-CV-6794 AB (JCx)**

17             Plaintiffs,               **JOINT STATUS REPORT
                                          REGARDING PENDING
18         v.                            APPLICATIONS TO SEAL**

19  NORTHROP GRUMMAN
    CORPORATION, et al.                 **Judge: Hon. André Birotte Jr.**
20
             Defendants.
21

22

23

24

25

26

27

28

The parties respectfully submit this joint status report regarding the pending applications to seal materials related to Defendants' motion for summary judgment and evidentiary objections.  Set forth below are all of the applications that have been filed thus far, whether they have been granted, denied, or remain pending, and whether they would be moot in the event that the Court grants Defendants' consolidated application (ECF Nos. 208-210).

- **ECF No. 169** – Application to File Defendants' Summary Judgment Materials Under Seal. Application was **denied** with leave to refile application with revised redactions. ECF No. 182. Refiled application and revised redactions were filed at ECF Nos. 208-210.

- **ECF No. 171** – Application to File Defendants' Motion in Limine Materials Under Seal.  Application was **denied** with leave to refile application with revised redactions. ECF No. 182.  Refiled application and revised redactions were filed at ECF Nos. 208-210.

- **ECF No. 175** – Application to File Plaintiffs' Motion to Disqualify Expert Marcia Wagner Under Seal. Application was **granted**.

- **ECF No. 188** – Application to File Plaintiffs' Materials in Opposition to Defendants' Motion for Summary Judgment Under Seal.  Application is **pending**. Plaintiffs' declaration in support of the application was filed at ECF No. 189; Defendants' declaration in support of the application was filed at ECF No. 214.

- **ECF Nos. 198** – Application to file Defendants' reply materials in support of Defendants' motion for summary judgment under seal.  Application would be **moot** if the Court grants the application at ECF Nos. 208-210. Accordingly, application has been **withdrawn**.

- **ECF No. 203** – Application to file Exhibit 6 to Plaintiffs' opposition to defendants' motion in limine under seal. Application is **pending**. Defendants' declaration in support of the application was filed at ECF No.

1   219.

2   • **ECF No. 208** – Application to file Defendants' summary judgment materials

3   (ECF No. 169), motion in limine materials (ECF No. 171),  certain exhibits

4   accompanying Plaintiffs' summary judgment opposition (ECF No. 188), and

5   Defendants' reply materials in support of summary judgment (ECF No.

6   198).   Application is **pending**. Defendants' declaration in support of the

7   application was filed at ECF No. 214; Fidelity Management Trust

8   Company's declaration in support of the application was filed at ECF No.

9   213.

10   As described above, the applications requiring action are **ECF Nos. 188, 203, and**

11   **208-210**.  All other applications have either been granted, denied, or withdrawn.

12   Because of the time required the print the materials associated with the above-

13   referenced materials, the parties request two days to prepare and deliver the

14   Court's chambers copies.

15

16   Dated: May 24, 2019                    Respectfully submitted,

17                                          By: /s/  *Samuel P. Myler*
18                                          Nancy G. Ross (*Pro Hac Vice*)
                                            Brian D. Netter *(Pro Hac Vice)*
19                                          Samuel P. Myler (*Pro Hac Vice)*
                                            Dale J. Giali (SBN 150382)
20                                          MAYER BROWN LLP

21                                          *Counsel for Defendants*

22

23                                          By:  /s/  (with consent)
                                            Kurt C. Struckhoff (*Pro Hac Vice*)
24                                          SCHLICHTER, BOGARD & DENTON
                                            *Counsel for Plaintiffs*

25

26

27

28

1

**ATTESTATION**

2    I, Samuel P. Myler, am the ECF user whose User ID and Password are being

3 used to file this Stipulation. Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I

4 hereby attest that the other signatories listed have concurred in this filing.

5

6                        /s/ *Samuel P. Myler*
                         Samuel P. Myler

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28