**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON W. MARSHALL, et al.,<br><br>Plaintiffs,<br><br>v.<br>NORTHROP GRUMMAN CORPORATION, et al.,<br><br>Defendants. | Case No. 16-CV-6794 AB (JCx)<br><br>**ORDER RE: APPLICATION OF DEFENDANTS TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION FOR PARTIAL SUMMARY JUDGMENT [208-210]** |

On May 17, 2019, Defendant Northrop Grumman Corporation, et. al. ("Northrop") filed an Application for Leave to File Documents Under Seal ("Application") in connection with Northrop's Partial Motion for Summary Judgment and related filings, including Evidentiary Objections to Plaintiffs' experts Steve Pomerantz, David Witz, and Martin Schmidt.

The Court, having considered Defendants' Application, in addition to the supporting declaration and good cause appearing, hereby orders that:

Northrop's Application is **GRANTED**, and the documents referenced in Northrop's Application shall be filed under seal pursuant to Local Rule 79-5 as follows:

| ECF # | Ex. # | Document | Request (*Redact or Seal*) |
|---|---|---|---|
| 170 | 11 | July 27, 2007 Board of Directors Resolutions | Seal |
| 170 | 14 | January 1, 2015 Investment Policy Statement | Redact |
| 170 | 15 | ITA Department Primer | Redact |
| 170 | 16 | Email from R. Hamlin attaching Investment Committee Orientation presentation | Redact |
| 170 | 17 | June 2012 Fiduciary Oversight Policy | Seal |
| 170 | 18 | Northrop Grumman Savings Plan presentation | Redact |
| 170 | 19 | March 2010 ITA Investments Review | Redact |
| 170 | 20 | Minutes of the Investment Committee | Redact |
| 170 | 21 | Board Minutes | Seal |
| 170 | 22 | Board Minutes | Seal |
| 170 | 23 | Board Minutes | Seal |

| ECF # | Ex. # | Document | Request (*Redact or Seal*) |
|---|---|---|---|
| 170 | 24 | Board Minutes | Seal |
| 170 | 34 | May 14, 2013 Investment Update presentation | Redact |
| 170 | 37 | Excerpts of the August 27, 2010 Passive Project | Redact |
| 170 | 38 | August 27, 2010 Update on Implementation of Passive Investment presentation | Redact |
| 170 | 39 | August 19, 2014 Defined Contribution Emerging Market Equity presentation | Redact |
| 170 | 40 | 2011 v. 2009 Published and Actual Fee Distributions | Seal |
| 170 | 41 | Email from Dennis Newberry attaching the 2011 Fee Review presentation | Redact |
| 170 | 42 | Public Markets Group Quarterly Review presentation | Redact |
| 170 | 43 | January 31, 2008 Callan Monthly Review | Redact |
| 170 | 44 | March 31, 2013 Callan Monthly Review | Redact |
| 170 | 45 | August 31, 2017 Callan Monthly Review | Seal |
| 170 | 46 | Agreement for Investment Consulting Services with Callan Associates | Seal |
| 170 | 47 | May 24, 2013 Performance Review presentation | Redact |
| 170 | 48 | August 19, 2013 Performance Review presentation | Redact |
| 170 | 49 | November 11, 2013 Performance Review presentation | Redact |
| 170 | 57 | Investment MaN/Agement Agreement with State Street Global Advisors | Seal |
| 170 | 58 | Minutes of the Administrative Committees | Redact |
| 170 | 59 | December 12, 2011 Administrative Committees meeting material | Redact |
| 170 | 60 | November 8, 2013 Administrative Committees meeting material | Redact |
| 170 | 65 | Administrative Services Agreement with Hewitt | Seal |
| 170 | 66 | Exhibit A - Statement of Work to Hewitt Administrative Services Agreement | Seal |

2

| ECF # | Ex. # | Document | Request (*Redact or Seal*) |
|---|---|---|---|
| 170 | 69 | Exhibits A-1-K to January 1, 2006 Hewitt Administrative Services Agreement | Seal |
| 170 | 70 | Process & Value-Added Support document | Seal |
| 170 | 72 | ProfessioN/Al Services Agreement between Northrop and Weilyn Consulting | Seal |
| 170 | 73 | Statement of Work for Weilyn Consulting Agreement | Seal |
| 170 | 74 | Weilyn aN/Alysis | Seal |
| 170 | 75 | Email from Bob Kersey attaching Market Pricing Data for Titan presentation | Seal |
| 170 | 76 | First Amendment to the Hewitt Administrative Services Agreement | Seal |
| 170 | 77 | Email from Bob Kersey Fee | Redact |
| 170 | 79 | September 29, 2014 DB, DC and H&W Administration RFP: Overview presentation | Seal |
| 170 | 80 | Benefits Outsourcing RFP: FiN/Al Report | Redact |
| 170 | 81 | Administrative Services Agreement with Fidelity | Seal |
| 170 | 82 | Expert Report of Steven K. Gissiner, dated September 14, 2018 | Redact |
| 170 | 83 | December 11, 2012 Administrative Committee meeting material containing a trust budget presentation | Redact |
| 170 | 85 | June 1, 2012 Hewitt Service Provider Fee Disclosure as Required by ERISA 408(b)(2) | Seal |
| 170 | 87 | Email from Suzanne Renggli attaching Financial Engines expense report | Seal |
| 170 | 88 | August 10, 2011 Agreement for Consulting Services with Callan | Seal |
| 170 | 89 | Advice and MaN/Aged Account Search presentation by Callan | Redact |
| 170 | 90 | Email from Jamie McAllister attaching Advice and MaN/Aged Account Search presentation | Redact |
| 170 | 91 | Email attaching Advice and MaN/Aged Account Search presentation | Redact |
| 170 | 92 | Email between Callan and Hewitt regarding Hewitt RFI responses | Seal |

3

| ECF # | Ex. # | Document | Request (*Redact or Seal*) |
|---|---|---|---|
| 170 | 93 | Email between Callan and Hewitt regarding Hewitt's RFI responses | Seal |
| 170 | 94 | Hewitt RFI responses | Seal |
| 170 | 95 | November 10, 2011 Administrative Committee meeting material | Redact |
| 170 | 96 | December 19, 2011 Financial Services Agreement with NGSP | Seal |
| 170 | 98 | Hewitt-Financial Engines Master Services Agreement | Seal |
| 170 | 99 | Excerpts of from the transcript of the deposition of Stephen M. Rubino dated August 22, 2018 | Seal |
| 170 | 100 | RFI responses | Seal |
| 170 | 101 | Request for Proposal for Benefits Plan Service Provider and Third Party Administrator Fee Benchmarking | Seal |
| 170 | 102 | January 27, 2015 Financial Engines Benchmarking Review presentation | Seal |
| 170 | 103 | May 7, 2015 Corporate Benefits Presentation to BPAC | Redact |
| 170 | 104 | Amendment No. 2 to the Financial Services Agreement with Financial Engines | Seal |
| 170 | 109 | Expert Report of Martin A. Schmidt, dated September 14, 2018 | Redact |
| 199 | 117 | October 15, 2018 Expert Rebuttal Report of Steven K. Gissiner | Seal |
| 199 | 118 | Excerpts of the deposition of Stephen Rubino, dated August 22, 2018 | Seal |
| 189 | P04 | Public Market Group Q3-2011 Review presentation | Redact |
| 189 | P13 | March 2011 Northrop Grumman ITA Investments Review | Redact |
| 189 | P14 | 2010 Defined Contribution CEM Survey Results for Northrop Grumman | Seal |
| 189 | P15 | 1st Quarter 2010 ITA Executive Summary presentation | Redact |
| 189 | P18 | August 27, 2010 Update on Implementation of Passive Investment presentation | Redact |
| 189 | P24 | 2011 Defined Contribution CEM Survey Results for Northrop Grumman | Seal |

4

| ECF # | Ex. # | Document | Request (*Redact or Seal*) |
|---|---|---|---|
| 189 | P25 | February 4, 2011 2010 Fee Review presentation | Redact |
| 189 | P26 | December 20, 2011 2012 Fee Review presentation | Redact |
| 189 | P27 | December 20, 2012 2012 Fee Review presentation | Redact |
| 189 | P28 | February 15, 2010 Investment Committee Meeting Minutes and meeting material | Redact |
| 189 | P30 | October 15, 2018 Rebuttal Expert Report of Martin A. Schmidt | Redact |
| 189 | P31 | UN/Animous Consent of the Board of Directors of Northrop Grumman Corp. (Allocating Responsibilities for the Employee Benefit Plans) | Seal |
| 189 | P32 | DC Benchmark Summary | Seal |
| 189 | P37 | herronpalmer Scope of Work A - DB, DC and H&W RFP Consulting Services | Seal |
| 189 | P38 | Excerpts of the Deposition of M. Lyster, dated June 28, 2018 | Redact |
| 189 | P39 | Fees paid by NGSP to Financial Engines from 2012-2017 (FEI-04-000001) | Seal |
| 189 | P40 | Excerpt of December 12, 2011 Executive Summary: Investment Advice and/or MaN/Aged Accounts Services for Participants in Northrop Grumman Savings Plan presentation | Redact |
| 189 | P41 | October 17, 2011 Email from J. McAllister to L. Lucas | Seal |
| 189 | P42 | October 14, 2011 Email from J. McAllister to L. Lucas | Seal |
| 189 | P43 | Excerpts of the Deposition of S. Rubino, dated August 22, 2018 | Seal |
| 189 | P44 | Excerpts of the Deposition of M. Schmidt, dated November 2, 2018 | Redact |
| 189 | P45 | November 18, 2014 Northrop Grumman DB, DC, and H&W Administration RFP: Response AN/Alysis presentation by herronpalmer | Seal |
| 189 | P46 | March 13, 2009 Hewitt/Financial Engines Master Service Agreement and Amendments 1-7 | Seal |
| 189 | P48 | June 1, 2012 Aon Hewitt Service Provider Fee Disclosure as Required by ERISA 408(b)(2) | Seal |

5

| ECF # | Ex. # | Document | Request (*Redact or Seal*) |
|---|---|---|---|
| 189 | P52 | 4th Quarter 2009 ITA Executive Summary presentation | Redact |
| 189 | P57 | 2nd Quarter 2010 ITA Executive Summary presentation | Redact |
| 189 | P58 | 3rd Quarter 2010 ITA Executive Summary presentation | Redact |
| 189 | P59 | 4th Quarter 2010 ITA Executive Summary presentation | Redact |
| 189 | P60 | June 30, 2014 Northrop Grumman Corp. Savings & Investment Plan InterN/AtioN/Al Equity Report from Callan | Seal |
| 189 | P69 | April 27, 2011 Email from M. Collins forwarding Benefit Plans Administrative Committees meeting material | Redact |
| 189 | P70 | August 10, 2010 Email from B. Kersey to J. Glass | Seal |
| 189 | P73 | Callan Advice and MaN/Aged Account Search presentation | Redact |
| 189 | P74 | Excerpts of the Deposition of D. Peppard, dated July 25, 2018 | Redact |
| 189 | P75 | Northrop Grumman Corp. RFI for Investment Advisory Services Report | Seal |
| 189 | P76 | Enlargement of Northrop Grumman Corp. RFI for Investment Advisory Services Report - Row 2.618 | Seal |
| 189 | P77 | Alight Solutions Payments Spreadsheet (FEI-03-000001) | Seal |
| 189 | P78 | Financial Engines Payments Spreadsheet (FEI-03-000001) | Seal |
| 167 | C | September 14, 2018 Expert Report of David J. Witz | Seal |
| 167 | G | Excerpts of the August 27, 2010 Passive Project | Redact |
| 167 | K | December 31, 2010 Callan Monthly Review | Redact |
| 167 | L | December 31, 2013 Callan Monthly Review | Redact |
| 167 | M | 4th Quarter 2014 Executive Summary presentation | Redact |
| 167 | N | February 3, 2016 Memo to M. Caylor, et al attaching 4th Quarter 2015 Executive Summary presentation | Redact |
| 167 | O | 4th Quarter 2017 Executive Summary presentation | Redact |

| ECF # | Ex. # | Document | Request (*Redact or Seal*) |
|---|---|---|---|
| 167-1 | N/A | Defendants' Mem. in Supp. Of Evidentiary Objections to Pomerantz and Witz | Redact |
| 168-2 | N/A | Defs. Statement of Uncontroverted Facts and Conclusions of Law | Redact |
| 168-3 | N/A | Declaration of Dennis Newberry | Redact |
| 168-4 | N/A | Declaration of Michael Lyster | Redact |
| 196-1 | N/A | Defendants' Mem. in Supp. of Evidentiary Objections to Schmidt | Redact |
| 198-1 | N/A | Defs' Reply ISO Summ. J. Motion | Redact |
| 198-2 | N/A | Defs' Combined Reply ISO Def. Mot. for Partial Summ. J. | Redact |

IT IS SO ORDERED.

Dated: May 28, 2019

_____
Hon. André Birotte Jr.
United States District Judge