UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-06794-AB (JCx) | Date: | June 3, 2019 |
|---|---|---|---|

| Title: | *Clifton W. Marshall, et al. v. Northrop Grumman Corporation, et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] Order Denying Plaintiffs' Application to Seal (Dkt. No. 188)**

   Plaintiffs filed an Application to Seal Plaintiffs' Statement of Genuine Disputes, Plaintiffs' Memorandum in Opposition to Defendants' Motion for Partial Summary Judgment, and numerous exhibits in support of the opposition. (Dkt. No. 188.) The Court **DENIES** Plaintiffs' Application without prejudice for the reasons identified in the Court's February 12, 2019 Order Denying Defendants' Applications to Seal. (*See* Dkt. No. 182.)

   Plaintiffs should redact only confidential *portions* of documents, not move to seal documents wholesale (*see* Plaintiffs' Exhibits 5 and 6). Plaintiffs should also review the Court's recent Order Granting Defendants' Application to Seal and Defendants' Application to Seal in which Defendants narrowed the number of requests to seal. (*See* Dkt. Nos. 208, 210.)

   Plaintiffs shall file an Amended Application to seal no later than **Friday, June 7, 2019**.   Pursuant to the parties' request, the parties shall have at least two days to prepare and deliver the Court's chambers copies. Because the hearing on the Motion for

Summary Judgment is currently set for June 7, 2019 and the Court has not received the final mandatory chambers copies, a continuance is necessary. The parties therefore are **ORDERED** to meet and confer and file a Joint Status Report containing a mutually agreed upon date to provide the Court with sufficient time to review the materials in preparation of the hearing. The Joint Status Report must be filed no later than Wednesday, **June 5, 2019.**

**IT IS SO ORDERED.**