JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
SEAN E. SOYARS (admitted *pro hac vice*)
ssoyars@uselaws.com
KURT C. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
*Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840
*Local Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# (Western Division)

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., | Case No. 16-CV-6794 AB (JCx) |
| *Plaintiffs*, | **PLAINTIFFS' OPPOSITION TO DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR CONTINUANCE OF JUNE 7, 2019 HEARINGS** |
| v. | |
| NORTHROP GRUMMAN CORPORATION, et al., | Hon. André Birotte Jr. |
| *Defendants*. | |

Plaintiffs oppose Defendants' *ex parte* application to continue the hearing on Plaintiffs' Motion to Disqualify Defendants' Expert Marcia Wagner (Doc. 174) currently set for June 7, 2019. On June 3, 2019, the Court ordered the parties to file a Joint Status Report containing a mutually agreed upon date for the summary judgment hearing. Doc. 238. Plaintiffs understand from this Order that the Court intends to proceed with a hearing on Plaintiffs' motion to disqualify because the reasons for a continuance were unrelated to their motion.

Plaintiffs' motion concerns a discrete issue of whether Ms. Wagner is disqualified under applicable Rules of Professional Conduct from testifying as an expert in this case due to conflicts of interest that were imputed to her because her law partner previously represented the *Grabek* class. *See* Doc. 174-1 at 2–3 (ECF 7–8). It is unrelated to Defendants' Motion for Partial Summary Judgment. Defendants have not moved for summary judgment on Plaintiffs' claim that Northrop was unlawfully paid from Plan assets as reimbursement for services putatively performed by Northrop employees. Ms. Wagner's testimony only concerns that claim. *See* Doc. 183-1 at 3–5 (¶¶10–16). And Defendants have not otherwise relied on any portion of her testimony in moving for partial summary judgment. Docs. 168-1, 198-1.

Plaintiffs are prepared to move forward with their disqualification motion. Although Plaintiffs previously agreed to continue the hearing on their motion at Defendants' request, they did so before the Court continued the summary judgment hearing for reasons unrelated to Plaintiffs' motion. Plaintiffs believe the parties and the Court will be served by consideration of this motion now. It will ease the burden on the Court and the parties by streamlining the summary judgment hearing to focus on issues solely related to Defendants' motion. It will also avoid duplicative and unnecessary preparation since the Court and the parties have prepared for this motion to be heard on June 7.

Plaintiffs respectfully request that this Court deny Defendants' *ex parte* application.

Dated: June 5, 2019                          Respectfully submitted,

By: /s/ Kurt C. Struckhoff
Kurt C. Struckhoff (*Pro Hac Vice*)
SCHLICHTER, BOGARD & DENTON LLP
*Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
HILL, FARRER & BURRILL LLP
*Local Counsel for Plaintiffs*