UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 16-06794-AB (JCx) | Date: October 4, 2019 |

Title: Clifton W. Marshall et al v. Northrop Grumman Corporation et al

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian/Stephen Montes Kerr | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael A Wolff, PHV | Brian D Netter, PHV |
| Scott Apking | Nancy G Gross, PHV |
| | Abigail M Bartine, PHV |

**Proceedings:** PRETRIAL CONFERENCE;
**PLAINTIFFS' MOTION IN LIMINE:**
NO. 1 TO PRECLUDE LEGAL OPINIONS OF MARCIA WAGNER [268]
**DEFENDANTS' MOTIONS IN LIMINE:**
NO. 1 REGARDING DAVID WITZ [266];
NO. 2 REGARDING STEVE POMERANTZ [267];
NO. 3 TO EXCLUDE CERTAIN FACT WITNESS TESTIMONY [271]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court, having conferred with counsel, allots 15 hours of trial time to each side, excluding openings and closings. Opening statements must not exceed 30 minutes per side, and closing arguments must not exceed 45 minutes per side.

      The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

      For the reasons stated on the record, Defendant Maria Norman is dismissed from this case.