NANCY G. ROSS *(Pro Hac Vice)*
nross@mayerbrown.com
BRIAN D. NETTER *(Pro Hac Vice)*
bnetter@mayerbrown.com
ABIGAIL M. BARTINE *(Pro Hac Vice)*
abartine@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711

*Attorneys for Defendants*

JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF *(Pro Hac Vice)*
nwolff@uselaws.com
MICHAEL A. WOLFF *(Pro Hac Vice)*
mwolff@uselaws.com
KURT C. STRUCKHOFF *(Pro Hac Vice)*
kstruckhoff@uselaws.com
SCHLICHTER, BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-5934

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON W. MARSHALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, et al. <br><br> Defendants. | **Case No. 16-CV-6794 AB (JCx)** <br><br> **JOINT STIPULATION FOR A ONE-WEEK EXTENSION TO FILE THE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> Hon. André Birotte Jr. |

In accordance with Local Rule 7-1, Plaintiffs and Defendants, by and through their respective counsel, hereby stipulation as follows:

WHEREAS, on October 15, 2019, the parties informed the Court that they had reached a settlement-in-principle. In consultation with the Court, the parties agreed to file a joint motion for preliminary approval of the settlement by December 6, 2019.

WHEREAS, on November 13, 2019, the Court granted the parties' stipulation to set a hearing on the joint motion for preliminary approval of the settlement for December 13, 2019 (dkt. no. 316);

WHEREAS, on December 4, 2019, the Court granted Defendants' unopposed motion to extend the deadline to file the joint motion for preliminary approval of the settlement to January 6, 2020 and to continue the hearing to January 31, 2020 (dkt. no. 318);

WHEREAS, the parties have been diligently preparing the written settlement agreement and preliminary approval materials since announcing the settlement-in-principle on October 15, 2019;

WHEREAS, due to delays associated with the holidays, the parties require a short extension to finalize the written settlement agreement and preliminary approval materials before they are ready to submit them for the Court's review;

WHEREAS, the parties have met and conferred and agree to a seven (7) day extension to file the joint motion for preliminary approval by January 13, 2020, and to keep the currently scheduled January 31, 2020 hearing date.

Accordingly, the parties respectfully request that the Court reset the deadline to file the joint motion for preliminary approval of the settlement to January 13, 2020. The parties submit a proposed order herewith.

|   |   |   |
|---|---|---|
| 1 | Dated: December 31, 2019 | Respectfully submitted, |

                                         By: /s/ Nancy G. Ross
                                         Nancy G. Ross (*Pro Hac Vice*)
                                         Brian D. Netter (*Pro Hac Vice*)
                                         Abigail M. Bartine (*Pro Hac Vice*)
                                         MAYER BROWN LLP

                                         *Attorneys for Defendants*

                                         By: /s/ Kurt C. Struckhoff
                                         Kurt C. Struckhoff (*Pro Hac Vice*)
                                         SCHLICHTER, BOGARD & DENTON

                                         *Lead Counsel for Plaintiffs*

## ATTESTATION

    I, Nancy G. Ross, am the ECF user whose User ID and Password are being used to file this Stipulation. Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I hereby attest that the other signatories listed have concurred in this filing.

                                   /s/ Nancy G. Ross
                                    Nancy G. Ross