1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16

| CLIFTON W. MARSHALL, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>NORTHROP GRUMMAN CORPORATION, et al.<br><br>            Defendants. | Case No. 16-CV-6794 AB (JCx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR A ONE-WEEK EXTENSION TO FILE THE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Hon. André Birotte Jr. |
|---|---|

17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6

    Before the Court is the parties' joint stipulation requesting a one-week extension to file the joint motion for preliminary approval of the settlement.  The Court hereby **GRANTS** the parties' request and resets the filing deadline to January 13, 2020.  The hearing on the joint motion for preliminary approval of the settlement remains on the calendar for January 31, 2020 at 10:00 a.m.

7
8
9

    **IT IS SO ORDERED.**

DATED:  January 6, 2020

_____

10
11
12

Hon. André Birotte Jr.
United States District Judge
Central District of California

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING JOINT SITPULATION FOR A ONE-WEEK EXTENSION TO FILE THE MOTION FOR PRELIMINARY APPROVL OF SETTLEMENT; Case No. 16-CV-6794 AB (JCx)