JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
KURT C. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile:  (314) 621-5934
*Class Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON W. MARSHALL, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>NORTHROP GRUMMAN CORPORATION, *et al.*, <br><br>*Defendants*. | Case No. 16-CV-6794 AB (JCx) <br><br>**DECLARATION OF JEROME J. SCHLICHTER IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** <br><br>DATE:    January 31, 2020 <br>TIME:    10:00 a.m. <br>Courtroom 7B – 7th floor <br><br>Hon. André Birotte Jr. |

I, Jerome J. Schlichter, hereby declare as follows:

1. I am the founding partner of the law firm Schlichter Bogard & Denton, LLP, class counsel for the Plaintiffs. This declaration is submitted in support of Plaintiffs' Memorandum in Support of the Joint Motion for Preliminary Approval of Class Settlement. I am familiar with the facts set forth below and able to testify to them.

2. There has been no collusion or complicity of any kind in connection with the negotiations for, or the agreement to, settle this class action. As illustrated in Plaintiffs' Memorandum in Support of the Joint Motion for Preliminary Approval of Class Settlement, all settlement negotiations in this case were conducted at arm's-length by adverse, represented parties. The negotiations were extensive and adversarial, and the parties engaged with a highly experienced mediator for in-person and telephonic mediation sessions over the course of the litigation. It is my opinion that the proposed settlement is not only "within the range of reasonableness," but also is fair, reasonable, adequate, and in the best interests of the Northrop Grumman Savings Plan and its participants in light of the procedural and substantive risks Plaintiffs would face if litigation were to continue.

3. Attached to the Joint Motion for Preliminary Approval of Class Settlement as Exhibit A is a true and accurate copy of the Settlement Agreement between Plaintiffs and Defendants.

4. Each of the six class representatives in the above-referenced matter have a contract with this firm agreeing to a one-third fee to Schlichter Bogard & Denton, LLP in the event of any recovery.

//
//
//

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2020.

        /s/ Jerome J. Schlichter
        Jerome J. Schlichter