

04/20/2020

Michael Friedlander



Redacted

Honorable André Birotte Jr.
350 West First Street
Los Angeles, CA 90012

**Subject:** Objection to the Settlement in *Clifton Marshall, et al. v. Northrop Grumman Corp., et al*, Case No. 16-6794.

Your Honor,

The Net Settlement Amount is $12,375,000 minus Attorneys' Fees $4,125,000, minus $450,000 litigation costs, minus $150,000 ($25,000 * 6) six Class Representatives cost. Therefore, Net Settlement Amount is: **$7,650,000**.

There are over 102,000 Class Members in this Settlement Agreement. Best-case scenario payment for each class member will be $7,650,000/102,000 = **$75** per payee. Moreover, per Settlement: "No amount shall be distributed to a Class Member that is five dollars ($5.00) or less."

With all the respect, only the lawyers are benefiting from this Class Action Settlement. "King Solomon said: Divide the living child in two, and give half to the one and half to the other." Your honor, don't divide the baby in 102,000 pieces. Give everything to the lawyers who worked so hard "for justice will prevail."

Today is the Holocaust Remembrance Day (Yom HaShoah) 2020. My parents were Holocaust Survivals. I am a survival too. I was fired last year by Northrop Grumman and left with nothing after four years of hard work. I am a survival of Anti-Semitism, discrimination, and retaliation at Northrop Grumman Co., which had $34 billion revenue last year, and yet refusing to pay me any compensation for its wrongdoing.

Your Honor, the settlement payment should be $12 billion and not $12 million, so each Class Member will get $75,000 to their retirement plan, which was hit hard by both, Northrop Grumman and COVID-19.

Sincerely yours,

*Michael Friedlander*

Michael Friedlander

