JEROME J. SCHLICHTER (SBN 054513)
jschlichter@uselaws.com
NELSON G. WOLFF (admitted *pro hac vice*)
nwolff@uselaws.com
MICHAEL A. WOLFF (admitted *pro hac vice*)
mwolff@uselaws.com
KURT C. STRUCKHOFF (admitted *pro hac vice*)
kstruckhoff@uselaws.com
SCHLICHTER BOGARD & DENTON LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
*Counsel for Plaintiffs*

WILLIAM A. WHITE (SBN 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Facsimile: (213) 620-4840
*Local Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON W. MARSHALL *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION *et al.*,<br><br>*Defendants.* | Case No. 16-CV-6794 AB (JCX)<br><br>**NOTICE OF APPEAL**<br><br>Hon. André Birotte Jr. |

Plaintiffs and class representatives Clifton Marshall, Thomas Hall, Manuel Gonzalez, Ricky Hendrickson, Phillip Brooks, and Harold Hylton appeal to the United States Court of Appeals for the Ninth Circuit the District Court's Order Granting Objectors' Motion For Attorneys' Fees And Service Awards entered September 18, 2020 (Doc. 379) and the District Court's Order Granting In Part Plaintiffs' Motion For Attorneys' Fees, Reimbursement Of Expenses, And Incentive Awards For Class Representatives entered on September 18, 2020 (Doc. 378), but as to the latter Order only that portion of the Order that reduced the attorneys' fees awarded to Plaintiffs' attorneys by the amount awarded in Document 379 ($50,400) (Doc. 378 at 22).

DATED: October 19, 2020

Respectfully submitted,

By: /s/ Michael A. Wolff
Jerome J. Schlichter (SBN 054513)
Nelson G. Wolff (admitted *pro hac vice*)
Michael A. Wolff (admitted *pro hac vice*)
Kurt C. Struckhoff (admitted *pro hac vice*)
SCHLICHTER BOGARD & DENTON LLP

*Class Counsel*