**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CLIFTON W. MARSHALL; et al.,<br><br>    Plaintiffs-Appellants,<br><br>ALAN CARLSON; et al.,<br><br>    Objectors-Appellees,<br><br> and<br><br>MARIA E. MIDKIFF,<br><br>    Plaintiff,<br><br>MICHAEL FRIEDLANDER; JOHN MURRAY,<br><br>    Objectors,<br><br> v.<br><br>NORTHROP GRUMMAN CORPORATION; et al.,<br><br>    Defendants. | No.   20-56096<br><br>D.C. No. 2:16-cv-06794-AB-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (docket entry no. 10), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). As stated in the stipulation, each party shall bear its own costs.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Lynn Warton
Deputy Clerk

2/16/21